OCFS-4599 (Rev. 3/2012)

**NEW YORK STATE**
**OFFICE OF CHILDREN AND FAMILY SERVICES**

## REPORT OF LEGAL BLINDNESS / REQUEST FOR INFORMATION
### NYS COMMISSION FOR THE BLIND AND VISUALLY HANDICAPPED

*Please complete this information in full in order to avoid delay in registration of the patient and/or receipt of information requested.*

**REPORT OF LEGAL BLINDNESS:** (Complete this part to report legal blindness)

### PART A

**PATIENT INFORMATION**

| Field | Value |
|---|---|
| NAME (Last): | COMPETELLO |
| (First): | SUSAN |
| MI: | J |
| Sex: | F |
| Birth Date: | [redacted] |
| Social Security Number: | [redacted] |
| STREET ADDRESS: | 205 AVENUE A, APT. 2E |
| TELEPHONE NO: | (347) 621-6736 |
| CITY: | NEW YORK |
| STATE: | NY |
| ZIP CODE: | 10009 |
| COUNTY OR NYC BOROUGH: | NEW YORK |

**EXAMINER**

PLEASE CHECK THE APPROPRIATE CONDITION AND CAUSE: (Optometrist not required to indicate cause)

| CONDITION | CAUSE |
|---|---|
| 1. ☐ Blindness, both eyes, no light perception | 1. ☐ Cataracts |
| 2. ☒ Blindness, better eye, with best correction not more than 20/200 | 2. ☐ Glaucoma |
| 3. ☐ Blindness, better eye, with visual field limitation less than 20 degrees | 3. ☒ All other diseases: RETINITIS PIGMENTOSA |
| 4. ☐ Patient was registered as blind, is now **not blind**. (Please check cause # 7) | 4. ☐ Congenital condition |
|  | 5. ☐ Accident, poisoning, exposure, or injury |
| 5. ☐ This person is employed and is expected to become legally blind within the year. | 6. ☐ Unspecified cause |
|  | 7. ☐ Improved Vision |

| Field | Value |
|---|---|
| EXAMINER NAME: | Dr. Cynthia Hsu, M.D. |
| PROFESSION OF EXAMINER: | ☒ Physician  ☐ Optometrist |
| EXAM DATE: | 11/20/2023 |
| STREET ADDRESS: | N.Y. VISION GROUP - 37 MURRAY STREET, LOWER LEVEL, N.Y., N.Y. 10007 |
| CITY: | NEW YORK |
| STATE: | N.Y. |
| ZIP CODE: | 10007 |
| TELEPHONE NO.: | (212) 243-2300 |

EXAMINER SIGNATURE: X  *Dr. Cynthia Hsu, M.D.* (signed)

FOR INDIVIDUALS UNDER 18, THE NAME AND ADDRESS OF THE PARENT/GUARDIAN IS REQUIRED:

| PARENT/GUARDIAN: | LAST NAME: | FIRST NAME: |
|---|---|---|
| STREET ADDRESS: | | |
| TELEPHONE NO. | ( ) - | CITY: | STATE | ZIP CODE |

**SUBMITTER (IF DIFFERENT FROM ABOVE)**

| SUBMITTER'S NAME: | LAST NAME: | FIRST NAME: |
|---|---|---|
| STREET ADDRESS: | | |
| TELEPHONE NO.: | ( ) - | CITY: | STATE | ZIP CODE |

### PART B

**REQUEST FOR INFORMATION:** (Complete this section if the individual is seeking information from CBVH)

☐ How I can perform household tasks
☐ How CBVH can assist me in preparing for a job
☐ How CBVH can assist me in keeping my current job
☐ How CBVH can assist in providing services to the above named visually impaired child
☐ Other services (specify):

Contact Person: _____   Phone No. ( ) -

OCFS-4599 (Rev. 3/2012)

## REPORT OF LEGAL BLINDNESS (Part A)
### (To be completed by Ophthalmologist, Optometrist or other Physician)

The Eye Report section of this form is to be completed for all persons who meet the following criteria for legal blindness:
- Central Visual Acuity of 20/200 or less in the better eye with the use of a corrective lens **OR**
- A limitation in the visual field, in the better eye, less than 20 degrees.

## REQUEST FOR INFORMATION (Part B)
### (To be completed by or for a legally blind individual)

In addition to reporting to CBVH that this person is legally blind, we would like you to ask your patient if he/she is experiencing any difficulties performing tasks or activities. If so, please assist or have the patient complete the bottom portion on the front side of this form and advise him or her that it will be forwarded to CBVH. Then, please forward the form to the CBVH office listed below that serves the County/Borough in which this individual resides. Your patient will be contacted about rehabilitation services.

| Counties Served | Send To: | Counties Served | Send To: |
|---|---|---|---|
| Allegany<br>Cattaraugus<br>Chautauqua<br>Erie<br>Genesee<br>Livingston<br>Monroe<br>Niagara<br>Ontario<br>Orleans<br>Steuben<br>Wayne<br>Wyoming<br>Yates | CBVH<br>Ellicott Square Building<br>295 Main Street<br>Room 545<br>Buffalo, New York 14203 | Broome<br>Cayuga<br>Chemung<br>Chenango<br>Cortland<br>Herkimer<br>Jefferson<br>Lewis<br>Madison<br>Oneida<br>Onondaga<br>Oswego<br>Schuyler<br>Seneca<br>St Lawrence *(Children)* | CBVH<br>The Atrium, Suite 105<br>100 South Salina Street<br>Syracuse, New York 13202 |
| Albany<br>Clinton<br>Columbia<br>Delaware<br>Essex<br>Franklin<br>Fulton<br>Greene<br>Hamilton<br>Montgomery<br>Otsego<br>Rensselaer<br>Saratoga<br>Schenectady<br>Schoharie<br>St. Lawrence *(Adults)*<br>Warren<br>Washington | CBVH<br>40 North Pearl Street<br>15th Floor<br>Albany, New York 12243 | Tioga<br>Tompkins | |
| | | Dutchess<br>Orange<br>Putnam<br>Rockland<br>Sullivan<br>Ulster<br>Westchester | CBVH<br>445 Hamilton Avenue<br>Room 503<br>White Plains, New York 10601 |
| | | Nassau<br>Suffolk<br>Queens *(Central & Eastern)* | CBVH<br>50 Clinton Street<br>Suite 208<br>Hempstead, New York 11550 |
| | | **Boroughs Served:**<br>Brooklyn<br>Manhattan *(up to and including 23rd St.)*<br>Staten Island | CBVH<br>80 Maiden Lane<br>23rd Floor<br>New York, NY 10038 |
| | | Bronx<br>Queens *(Western)*<br>Manhattan *(North of 23rd St.)* | CBVH<br>163 W. 125th Street<br>Room 209<br>New York, NY 10027 |