This tab shows site quality issues, including broken links and server configuration problems.

⊗ **Broken links - Some pages contain links that don't work.**

✓ Server configuration - No issues found.

✓ ASP, ASP.NET and PHP script errors - No issues found.

✓ Internet RFCs - No issues found.

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

# Priority 1

7 issues on 465 pages

● This link is broken. The page could not be found on the target web server. | Broken Link HTTP 404 | 85 pages

Fixing this depends on how the link became broken:

- The link has been mistyped and should be fixed
- The destination page has moved and the link should be updated
- The destination page no longer exists and the link should be removed
- A file has been accidentally deleted and should be replaced

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/
Line 3053 3085 3962 4060 4066 ...

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/account/login
Line 3075 3107 4079 4085

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/account/login?
return_url=%2Faccount
Line 3075 3107 4079 4085

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/account/register
Line 3075 3107 4079 4085

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/blogs/devotionals
Line 3055 3087 4059 4065

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/blogs/devotionals/his-name-shall-be-called
Line 3056 3088 4060 4066

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/blogs/news
Line 3057 3089 4061 4067

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/16-naughty-list-ingredients

Line 3062 3094 4066 4072

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/5-reasons-to-toss-your-conventional-deodorant

Line 3110 3142 4114 4120

Broken link: https://www.mayoclinic.org/healthy-lifestyle/adult-health/expert-answers/triclosan/faq-20057861 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/5-reasons-to-toss-your-conventional-deodorant

Line 4595

Broken link: https://adelnaturalcosmetics.com/Benzyl%20Salicylate 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/5-reasons-to-toss-your-conventional-deodorant

Line 4627

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/a-case-for-the-sun

Line 3142 3174 4146 4152

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/aging-gracefully

Line 3056 3088 4060 4066

Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0816__1_large.JPG?v=1532031469 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/aging-gracefully

Line 4526

Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_5395_large.JPG?v=1532031523 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/aging-gracefully

Line 4557

Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0976_large.JPG?v=1532031487 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/aging-gracefully

Line 4579

Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_3568_medium.JPG?v=1532031498 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/aging-gracefully

Line 4612

Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_5179_medium.JPG?v=1532031505 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/aging-gracefully

Line 4613

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/are-you-suggesting-i-brush-my-skin

Line 3062 3094 4066 4072

Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_1757_large.jpg?

Line 4514

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

v=1535468873 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/are-you-suggesting-i-brush-my-skin

Broken link:    Line 4535
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_1745_large.jpg?
v=1535468849 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/are-you-suggesting-i-brush-my-skin

Broken link:    Line 4552
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_1740_large.jpg?
v=1535469070 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/are-you-suggesting-i-brush-my-skin

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3090 3122 4094 4100
404 Not Found
https://adelnaturalcosmetics.com/blogs/news/august-reset

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3088 3120 4092 4098
404 Not Found
https://adelnaturalcosmetics.com/blogs/news/blue-lagoon-rose-line-or-the-3-step-skin-care-routine-confused-read-on

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3056 3088 4060 4066
404 Not Found
https://adelnaturalcosmetics.com/blogs/news/blush-dont-skip-it

Broken link:    Line 4512
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/20171209-27_large.jpg?v=1532032362 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/blush-dont-skip-it

Broken link:    Line 4557
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/20171209-23_large.jpg?v=1532032384 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/blush-dont-skip-it

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3062 3094 4066 4072
404 Not Found
https://adelnaturalcosmetics.com/blogs/news/colds-flu-sweat-cure

Broken link:    Line 4568
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0861_large.JPG?
v=1532032978 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/colds-flu-sweat-cure

Broken link:    Line 4569
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0859_large.JPG?
v=1532032966 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/colds-flu-sweat-cure

Broken link:    Line 4656
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0878_large.JPG?
v=1532032991 404 Not Found

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

https://adelnaturalcosmetics.com/blogs/news/colds-flu-sweat-cure

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3132 3164 4136 4142
404 Not Found
https://adelnaturalcosmetics.com/blogs/news/deodorant

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3252 3284 4256 4262
404 Not Found
https://adelnaturalcosmetics.com/blogs/news/eczema-5-things-about-eczema-your-doctor-wont-tell-you

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3056 3088 4060 4066
404 Not Found
https://adelnaturalcosmetics.com/blogs/news/fragrance-a-stinky-little-secret

Broken link:                                                         Line 4561
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_2052_large.JPG?
v=1531936907 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/fragrance-a-stinky-little-secret

Broken link:                                                         Line 4562
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_2096_large.JPG?
v=1531936916 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/fragrance-a-stinky-little-secret

Broken link:                                                         Line 4563
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_2102_large.JPG?
v=1531936926 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/fragrance-a-stinky-little-secret

Broken link:                                                         Line 4564
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_2129_large.JPG?
v=1531936935 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/fragrance-a-stinky-little-secret

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3056 3088 4060 4066
404 Not Found
https://adelnaturalcosmetics.com/blogs/news/frequently-asked-questions-how-long-does-natural-makeup-last-before-spoiling

Broken link: https://adelnaturalcosmetics.com/eyeliner/eyeliner    Line 4560
404 Not Found
https://adelnaturalcosmetics.com/blogs/news/frequently-asked-questions-how-long-does-natural-makeup-last-before-spoiling

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3090 3122 4094 4100
404 Not Found
https://adelnaturalcosmetics.com/blogs/news/got-winter-dry-lips-heres-help

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3088 3120 4092 4098
404 Not Found
https://adelnaturalcosmetics.com/blogs/news/gut-brain-and-skin-health-whats-the-connection

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/healthy-skin-diet

Line 3096 3128 4100 4106

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/hgtv-and-healthy-skin-tips

Line 3060 3092 4064 4070

Broken link:
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0655-2_medium.jpg?v=1532038969 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/hgtv-and-healthy-skin-tips

Line 4528

Broken link:
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0639_medium.jpg?v=1532038960 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/hgtv-and-healthy-skin-tips

Line 4529

Broken link:
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0669-2_medium.jpg?v=1532038976 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/hgtv-and-healthy-skin-tips

Line 4530

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/lets-talk-about-parabens-and-phalates

Line 3152 3184 4156 4162

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/let-us-introduce-ourselves

Line 3056 3088 4060 4066

Broken link:
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_1095_medium.JPG?v=1527557369 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/let-us-introduce-ourselves

Line 4535

Broken link:
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_1109_medium.JPG?v=1527557500 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/let-us-introduce-ourselves

Line 4536

Broken link:
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_1101_medium.JPG?v=1532033469 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/let-us-introduce-ourselves

Line 4537

Broken link:
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_1076_large.JPG?v=1527557385 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/let-us-introduce-ourselves

Line 4542

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found

https://adelnaturalcosmetics.com/blogs/news/luxury-skin-care-products-explained

Line 3058 3090 4062 4068

Broken link: https://adelnaturalcosmetics.com/collections/new/products/rose-mist 404 Not Found

https://adelnaturalcosmetics.com/blogs/news/luxury-skin-care-products-explained

Line 4508 4537 4562 4569 4582 ...

Broken link: https://adelnaturalcosmetics.com/collections/new/products/rose-serum 404 Not Found

https://adelnaturalcosmetics.com/blogs/news/luxury-skin-care-products-explained

Line 4510 4548 4576 4584 4598 ...

Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_4427_large.jpg?v=1553266284 404 Not Found

https://adelnaturalcosmetics.com/blogs/news/luxury-skin-care-products-explained

Line 4518

Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_6921_large.jpg?v=1553266358 404 Not Found

https://adelnaturalcosmetics.com/blogs/news/luxury-skin-care-products-explained

Line 4533

Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_6814_large.jpg?v=1553266646 404 Not Found

https://adelnaturalcosmetics.com/blogs/news/luxury-skin-care-products-explained

Line 4544

Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_2011_medium.jpg?v=1553267148 404 Not Found

https://adelnaturalcosmetics.com/blogs/news/luxury-skin-care-products-explained

Line 4558

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found

https://adelnaturalcosmetics.com/blogs/news/memorial-day-tribute

Line 3060 3092 4064 4070

Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/Screen_Shot_2018-07-18_at_7.01_large.JPG?v=1532033545 404 Not Found

https://adelnaturalcosmetics.com/blogs/news/memorial-day-tribute

Line 4561

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found

https://adelnaturalcosmetics.com/blogs/news/men-and-skin-care

Line 3056 3088 4060 4066

Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/20171209-157_medium.JPG?v=1532033804 404 Not Found

https://adelnaturalcosmetics.com/blogs/news/men-and-skin-care

Line 4536

**Priority Description and URL**                                          **Guideline and Line#**          **Count**

Broken link:                                                      Line 4537
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/20180607-
31_1_medium.JPG?v=1532033816 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/men-and-skin-care

Broken link:                                                      Line 4538
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/20180607-
61_1_medium.JPG?v=1532033827 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/men-and-skin-care

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3070 3102 4074 4080
404 Not Found
https://adelnaturalcosmetics.com/blogs/news/personal-thoughts

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3084 3116 4088 4094
404 Not Found
https://adelnaturalcosmetics.com/blogs/news/recipes-we-love-
coconut-strawberry-granola

Broken link:                                                      Line 4572
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_3430_large.JPG?
v=1558732620 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/recipes-we-love-
coconut-strawberry-granola

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3056 3088 4060 4066
404 Not Found
https://adelnaturalcosmetics.com/blogs/news/recipes-we-love-
overnight-artisan-bread

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3056 3088 4060 4066
404 Not Found
https://adelnaturalcosmetics.com/blogs/news/recipes-we-love-
overnight-coffee-cake

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3056 3088 4060 4066
404 Not Found
https://adelnaturalcosmetics.com/blogs/news/recipes-we-love-
waffles

Broken link:                                                      Line 4513
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0767_1_large.JPG?
v=1532038615 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/recipes-we-love-
waffles

Broken link:                                                      Line 4514
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0821_2_large.JPG?
v=1532038605 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/recipes-we-love-
waffles

Broken link:                                                      Line 4526
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0780_large.JPG?
v=1532038663 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/recipes-we-love-
waffles

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3056 3088 4060 4066
404 Not Found

**Priority** **Description and URL**                                    **Guideline and Line#**        **Count**

https://adelnaturalcosmetics.com/blogs/news/skin-care-should-
be-luxurious-part-1-cleanse

Broken link:                                              Line 4538
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0560_large.JPG?
v=1532036185 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/skin-care-should-
be-luxurious-part-1-cleanse

Broken link:                                              Line 4574
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0483_large.JPG?
v=1532036146 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/skin-care-should-
be-luxurious-part-1-cleanse

Broken link:                                              Line 4602
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0521_d37fceeb-
5a65-4787-9625-ff06f542ed92_large.JPG?v=1532036163 404
Not Found
https://adelnaturalcosmetics.com/blogs/news/skin-care-should-
be-luxurious-part-1-cleanse

Broken link:                                              Line 4630
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0532_large.JPG?
v=1532036176 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/skin-care-should-
be-luxurious-part-1-cleanse

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3060 3092 4064 4070
404 Not Found
https://adelnaturalcosmetics.com/blogs/news/skin-care-should-
be-luxurious-part-2-hydrate

Broken link:                                              Line 4588
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0692_large.JPG?
v=1532036744 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/skin-care-should-
be-luxurious-part-2-hydrate

Broken link:                                              Line 4592
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0680_large.JPG?
v=1532036702 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/skin-care-should-
be-luxurious-part-2-hydrate

Broken link:                                              Line 4596
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0689_large.JPG?
v=1532036720 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/skin-care-should-
be-luxurious-part-2-hydrate

Broken link:                                              Line 4600
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0691_large.JPG?
v=1532036734 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/skin-care-should-
be-luxurious-part-2-hydrate

Broken link:                                              Line 4604
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0669_large.JPG?
v=1532036683 404 Not Found

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

https://adelnaturalcosmetics.com/blogs/news/skin-care-should-be-luxurious-part-2-hydrate

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/skin-care-should-be-luxurious-part-3-moisturize
Line 3056 3088 4060 4066

Broken link:
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0683_1_large.JPG?v=1532037136 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/skin-care-should-be-luxurious-part-3-moisturize
Line 4668

Broken link:
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0706_large.JPG?v=1532037160 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/skin-care-should-be-luxurious-part-3-moisturize
Line 4672

Broken link:
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0740_large.JPG?v=1532037179 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/skin-care-should-be-luxurious-part-3-moisturize
Line 4676

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/solid-lotion-your-body-needs-it
Line 3056 3088 4060 4066

Broken link:
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/20171209-76_large.JPG?v=1532037494 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/solid-lotion-your-body-needs-it
Line 4542

Broken link:
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_3449_compact.JPG?v=1532037554 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/solid-lotion-your-body-needs-it
Line 4598 4600

Broken link:
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_3809_compact.JPG?v=1532037571 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/solid-lotion-your-body-needs-it
Line 4599

Broken link:
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_4156_compact.JPG?v=1532037594 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/solid-lotion-your-body-needs-it
Line 4601

Broken link:
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_2001_large.JPG?v=1532037718 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/solid-lotion-your-body-needs-it
Line 4648

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/solid-lotion-your-face-needs-it
Line 3056 3088 4060 4066

Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_1130_large.JPG?v=1532037954 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/solid-lotion-your-face-needs-it
Line 4531

Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_1083_large.JPG?v=1532037917 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/solid-lotion-your-face-needs-it
Line 4552

Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_1004_3_large.JPG?v=1532037907 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/solid-lotion-your-face-needs-it
Line 4556

Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_1099_large.JPG?v=1532037925 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/solid-lotion-your-face-needs-it
Line 4580

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/stress-skin-and-health
Line 3056 3088 4060 4066

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/sunscreen-101
Line 3092 3124 4096 4102

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting
Line 3056 3088 4060 4066

Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0683_medium.JPG?v=1532034227 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting
Line 4516

Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0972_medium.JPG?v=1532034234 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting
Line 4517

Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_2617_1_large.JPG?v=1532034303 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting
Line 4536

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

Broken link:
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0201_1_95d79b8f-6c98-49e9-ae03-f022b6ccbf4a_large.JPG?v=1532034509 404
Not Found
https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting

Line 4563

Broken link:
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/20171214-11_medium.jpg?v=1532034732 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting

Line 4587

Broken link:
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/20171214-12_medium.jpg?v=1532034753 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting

Line 4588

Broken link:
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/20171214-15_medium.jpg?v=1532034766 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting

Line 4589

Broken link:
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/20171214-34_large.jpg?v=1532034811 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting

Line 4622

Broken link:
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/20171209-188_large.JPG?v=1532034490 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting

Line 4640

Broken link:
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_1004_2_medium.JPG?v=1532034242 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting

Line 4701

Broken link:
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_3272_medium.JPG?v=1532034315 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting

Line 4702

Broken link:
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_2505_large.JPG?v=1532034294 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting

Line 4724

Broken link:
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_1076_2_medium.JPG?v=1532034262 404 Not Found

Line 4756

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|

https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting

Broken link:      Line 4757
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_1081_medium.JPG?v=1532034281 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting

Broken link:      Line 4758
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_1070_2_medium.JPG?v=1532034250 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3118 3150 4122 4128
404 Not Found
https://adelnaturalcosmetics.com/blogs/news/the-adel-team-spills-their-favorite-product-hacks

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3060 3092 4064 4070
404 Not Found
https://adelnaturalcosmetics.com/blogs/news/the-sin-within-effects-the-skin-without

Broken link:      Line 4567
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0781_large.JPG?v=1532038166 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/the-sin-within-effects-the-skin-without

Broken link:      Line 4624
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0787_medium.JPG?v=1532038182 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/the-sin-within-effects-the-skin-without

Broken link:      Line 4625
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0793_medium.JPG?v=1532038265 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/the-sin-within-effects-the-skin-without

Broken link:      Line 4626
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0786-2_medium.jpg?v=1532038315 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/the-sin-within-effects-the-skin-without

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3098 3130 4102 4108
404 Not Found
https://adelnaturalcosmetics.com/blogs/news/two-deceitful-words-natural-flavors

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3086 3118 4090 4096
404 Not Found
https://adelnaturalcosmetics.com/blogs/news/water-and-detoxing

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3114 3146 4118 4124
404 Not Found

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://adelnaturalcosmetics.com/blogs/news/what-do-i-do-about-my-oily-skin-and-other-issues | | |
| | Broken link: https://john-doherty-2dh2.squarespace.com/blog/?author=5898dbccbf629a11b2965f0e 404 Not Found https://adelnaturalcosmetics.com/blogs/news/what-do-i-do-about-my-oily-skin-and-other-issues | Line 4629 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/blogs/news?page=1 | Line 3057 3089 4061 4067 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/blogs/news?page=2 | Line 3058 3090 4062 4068 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/cart | Line 3053 3085 4057 4063 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections | Line 3054 3086 4058 4064 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes | Line 3057 3089 4061 4067 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/adel-foundation-blender | Line 3274 3306 4278 4284 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/angled-sculptor | Line 3274 3306 4278 4284 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/chubby-blender | Line 3270 3302 4274 4280 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/duo-brow | Line 3274 3306 4278 4284 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/eye-definer | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/jumbo-buffer | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found | Line 3270 3302 4274 4280 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://adelnaturalcosmetics.com/collections/adel-brushes/products/jumbo-flat-top | | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/large-shadow | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/perfect-line | Line 3262 3294 4266 4272 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/pointed-eye-contour | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/rose-mask-applicator | Line 3262 3294 4266 4272 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/slant | Line 3262 3294 4266 4272 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/small-all-over | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/small-roundhead-face | Line 3282 3314 4286 4292 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/smudger | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/thin-line | Line 3262 3294 4266 4272 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all | Line 3057 3089 4061 4067 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all?page=1 | Line 3057 3089 4061 4067 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all?page=2 | Line 3058 3090 4062 4068 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-cheek | Line 3057 3089 4061 4067 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-cheek/products/chubby-blender | Line 3270 3302 4274 4280 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-cheek/products/cream-blush | Line 3292 3324 4296 4302 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-cheek/products/glow-highlighter | Line 3286 3318 4290 4296 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-cheek/products/jumbo-flat-top | Line 3270 3302 4274 4280 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-cheek/products/loose-bronzer | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-cheek/products/small-roundhead-face | Line 3282 3314 4286 4292 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes | Line 3057 3089 4061 4067 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes/products/angled-sculptor | Line 3274 3306 4278 4284 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes/products/duo-brow | Line 3274 3306 4278 4284 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes/products/eye-definer | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes/products/eyeliner | Line 3280 3312 4284 4290 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found | Line 3278 3310 4282 4288 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://adelnaturalcosmetics.com/collections/all-eyes/products/large-shadow | | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes/products/loose-eyeshadow | Line 3344 3376 4348 4354 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes/products/mascara | Line 3286 3318 4290 4296 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes/products/perfect-line | Line 3262 3294 4266 4272 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes/products/pointed-eye-contour | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes/products/slant | Line 3262 3294 4266 4272 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes/products/small-all-over | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes/products/smudger | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes/products/thin-line | Line 3262 3294 4266 4272 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-face | Line 3057 3089 4061 4067 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-face/products/adel-foundation-blender | Line 3274 3306 4278 4284 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-face/products/bronzing-cream | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-face/products/chubby-blender | Line 3270 3302 4274 4280 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

Broken link: https://adelnaturalcosmetics.com/collections/toners Line 3292 3324 4296 4302
404 Not Found
https://adelnaturalcosmetics.com/collections/all-face/products/cream-blush

Broken link: https://adelnaturalcosmetics.com/collections/toners Line 3310 3342 4314 4320
404 Not Found
https://adelnaturalcosmetics.com/collections/all-face/products/cream-foundation

Broken link: https://adelnaturalcosmetics.com/collections/toners Line 3286 3318 4290 4296
404 Not Found
https://adelnaturalcosmetics.com/collections/all-face/products/glow-highlighter

Broken link: https://adelnaturalcosmetics.com/collections/toners Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/all-face/products/jumbo-buffer

Broken link: https://adelnaturalcosmetics.com/collections/toners Line 3270 3302 4274 4280
404 Not Found
https://adelnaturalcosmetics.com/collections/all-face/products/jumbo-flat-top

Broken link: https://adelnaturalcosmetics.com/collections/toners Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/all-face/products/loose-bronzer

Broken link: https://adelnaturalcosmetics.com/collections/toners Line 3304 3336 4308 4314
404 Not Found
https://adelnaturalcosmetics.com/collections/all-face/products/loose-foundation

Broken link: https://adelnaturalcosmetics.com/collections/toners Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/all-face/products/setting-powder

Broken link: https://adelnaturalcosmetics.com/collections/adel-brushes/products/artis-fini-brush 404 Not Found Line 5327
https://adelnaturalcosmetics.com/collections/all-face/products/setting-powder

Broken link: https://adelnaturalcosmetics.com/collections/eyeshadow 404 Line 5332
Not Found
https://adelnaturalcosmetics.com/collections/all-face/products/setting-powder

Broken link: https://adelnaturalcosmetics.com/collections/toners Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/all-face/products/small-roundhead-face

Broken link: https://adelnaturalcosmetics.com/collections/toners Line 3057 3089 4061 4067
404 Not Found
https://adelnaturalcosmetics.com/collections/all-lips

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/all-lips/products/lip-conditioner

Line 3266 3298 4270 4276

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/all-lips/products/lipstick

Line 3306 3338 4310 4316

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/all-lips/products/lip-tint-1

Line 3268 3300 4272 4278

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/all-products

Line 3059 3091 4063 4069

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/adel-foundation-blender

Line 3274 3306 4278 4284

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/angled-sculptor

Line 3274 3306 4278 4284

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/blue-lagoon-cleanse

Line 3282 3314 4286 4292

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/blue-lagoon-mist

Line 3278 3310 4282 4288

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/blue-lagoon-set

Line 3278 3310 4282 4288

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/blue-tansy-body-oil

Line 3282 3314 4286 4292

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/blue-tansy-calming-balm

Line 3286 3318 4290 4296

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/body-butter-restore

Line 3274 3306 4278 4284

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found

Line 3278 3310 4282 4288

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

https://adelnaturalcosmetics.com/collections/all-products/products/bronzing-cream

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/c-c-face-mask

Line 3282 3314 4286 4292

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/chubby-blender

Line 3270 3302 4274 4280

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/cleanse

Line 3282 3314 4286 4292

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/cream-blush

Line 3292 3324 4296 4302

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/cream-foundation

Line 3310 3342 4314 4320

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/diaper-cream

Line 3274 3306 4278 4284

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/duo-brow

Line 3274 3306 4278 4284

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/essential-skin-care-set

Line 3274 3306 4278 4284

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/eye-definer

Line 3278 3310 4282 4288

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/eyeliner

Line 3280 3312 4284 4290

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/glow-highlighter

Line 3286 3318 4290 4296

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found

Line 3282 3314 4286 4292

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://adelnaturalcosmetics.com/collections/all-products/products/hydrate | | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners <br> 404 Not Found <br> https://adelnaturalcosmetics.com/collections/all-products/products/jumbo-buffer | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners <br> 404 Not Found <br> https://adelnaturalcosmetics.com/collections/all-products/products/jumbo-flat-top | Line 3270 3302 4274 4280 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners <br> 404 Not Found <br> https://adelnaturalcosmetics.com/collections/all-products/products/large-shadow | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners <br> 404 Not Found <br> https://adelnaturalcosmetics.com/collections/all-products/products/lip-conditioner | Line 3266 3298 4270 4276 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners <br> 404 Not Found <br> https://adelnaturalcosmetics.com/collections/all-products/products/lipstick | Line 3306 3338 4310 4316 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners <br> 404 Not Found <br> https://adelnaturalcosmetics.com/collections/all-products/products/lip-tint-1 | Line 3268 3300 4272 4278 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners <br> 404 Not Found <br> https://adelnaturalcosmetics.com/collections/all-products/products/loose-bronzer | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners <br> 404 Not Found <br> https://adelnaturalcosmetics.com/collections/all-products/products/loose-eyeshadow | Line 3344 3376 4348 4354 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners <br> 404 Not Found <br> https://adelnaturalcosmetics.com/collections/all-products/products/loose-foundation | Line 3304 3336 4308 4314 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners <br> 404 Not Found <br> https://adelnaturalcosmetics.com/collections/all-products/products/lotion-bar | Line 3288 3320 4292 4298 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners <br> 404 Not Found <br> https://adelnaturalcosmetics.com/collections/all-products/products/mascara | Line 3286 3318 4290 4296 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners <br> 404 Not Found | Line 3282 3314 4286 4292 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

https://adelnaturalcosmetics.com/collections/all-products/products/moisturize

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/moisturizing-facial-stick

Line 3288 3320 4292 4298

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/perfect-line

Line 3262 3294 4266 4272

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/pointed-eye-contour

Line 3278 3310 4282 4288

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/rose-mask

Line 3278 3310 4282 4288

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/rose-mask-applicator

Line 3262 3294 4266 4272

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/setting-powder

Line 3278 3310 4282 4288

Broken link: https://adelnaturalcosmetics.com/collections/adel-brushes/products/artis-fini-brush 404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/setting-powder

Line 5327

Broken link: https://adelnaturalcosmetics.com/collections/eyeshadow 404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/setting-powder

Line 5332

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/slant

Line 3262 3294 4266 4272

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/small-all-over

Line 3278 3310 4282 4288

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/small-roundhead-face

Line 3282 3314 4286 4292

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found

Line 3278 3310 4282 4288

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

https://adelnaturalcosmetics.com/collections/all-products/products/smudger

Broken link: https://adelnaturalcosmetics.com/collections/toners          Line 3262 3294 4266 4272
404 Not Found
https://adelnaturalcosmetics.com/collections/all-products/products/thin-line

Broken link: https://adelnaturalcosmetics.com/collections/toners          Line 3059 3091 4063 4069
404 Not Found
https://adelnaturalcosmetics.com/collections/all-products?page=1

Broken link: https://adelnaturalcosmetics.com/collections/toners          Line 3060 3092 4064 4070
404 Not Found
https://adelnaturalcosmetics.com/collections/all-products?page=2

Broken link: https://adelnaturalcosmetics.com/collections/toners          Line 3058 3090 4062 4068
404 Not Found
https://adelnaturalcosmetics.com/collections/all-skin-care

Broken link: https://adelnaturalcosmetics.com/collections/toners          Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/all-skin-care/products/blue-lagoon-cleanse

Broken link: https://adelnaturalcosmetics.com/collections/toners          Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/all-skin-care/products/blue-lagoon-mist

Broken link: https://adelnaturalcosmetics.com/collections/toners          Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/all-skin-care/products/blue-lagoon-set

Broken link: https://adelnaturalcosmetics.com/collections/toners          Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/all-skin-care/products/blue-tansy-body-oil

Broken link: https://adelnaturalcosmetics.com/collections/toners          Line 3286 3318 4290 4296
404 Not Found
https://adelnaturalcosmetics.com/collections/all-skin-care/products/blue-tansy-calming-balm

Broken link: https://adelnaturalcosmetics.com/collections/toners          Line 3274 3306 4278 4284
404 Not Found
https://adelnaturalcosmetics.com/collections/all-skin-care/products/body-butter-restore

Broken link: https://adelnaturalcosmetics.com/collections/toners          Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/all-skin-care/products/c-c-face-mask

Broken link: https://adelnaturalcosmetics.com/collections/toners          Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/all-skin-care/products/cleanse

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3274 3306 4278 4284
404 Not Found
https://adelnaturalcosmetics.com/collections/all-skin-care/products/diaper-cream

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3274 3306 4278 4284
404 Not Found
https://adelnaturalcosmetics.com/collections/all-skin-care/products/essential-skin-care-set

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/all-skin-care/products/hydrate

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3266 3298 4270 4276
404 Not Found
https://adelnaturalcosmetics.com/collections/all-skin-care/products/lip-conditioner

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3288 3320 4292 4298
404 Not Found
https://adelnaturalcosmetics.com/collections/all-skin-care/products/lotion-bar

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/all-skin-care/products/moisturize

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3288 3320 4292 4298
404 Not Found
https://adelnaturalcosmetics.com/collections/all-skin-care/products/moisturizing-facial-stick

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/all-skin-care/products/rose-mask

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3057 3089 4061 4067
404 Not Found
https://adelnaturalcosmetics.com/collections/baby

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3274 3306 4278 4284
404 Not Found
https://adelnaturalcosmetics.com/collections/baby/products/diaper-cream

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3060 3092 4064 4070
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3274 3306 4278 4284
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/adel-foundation-blender

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3278 3310 4282 4288
404 Not Found

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

https://adelnaturalcosmetics.com/collections/beauty/products/blue-lagoon-set

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/blue-tansy-body-oil

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3286 3318 4290 4296
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/blue-tansy-calming-balm

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3274 3306 4278 4284
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/body-butter-restore

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/bronzing-cream

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/c-c-face-mask

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/cleanse

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3292 3324 4296 4302
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/cream-blush

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3310 3342 4314 4320
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/cream-foundation

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3274 3306 4278 4284
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/diaper-cream

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3274 3306 4278 4284
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/duo-brow

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/eye-definer

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3280 3312 4284 4290
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/eyeliner

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3286 3318 4290 4296
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/glow-highlighter

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/hydrate

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/jumbo-buffer

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/large-shadow

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3306 3338 4310 4316
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/lipstick

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/loose-bronzer

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3344 3376 4348 4354
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/loose-eyeshadow

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3304 3336 4308 4314
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/loose-foundation

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3288 3320 4292 4298
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/lotion-bar

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3286 3318 4290 4296
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/mascara

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/moisturize

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3288 3320 4292 4298
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/moisturizing-facial-stick

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/pointed-eye-contour

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/rose-mask

Line 3278 3310 4282 4288

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/setting-powder

Line 3278 3310 4282 4288

Broken link: https://adelnaturalcosmetics.com/collections/adel-brushes/products/artis-fini-brush 404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/setting-powder

Line 5327

Broken link: https://adelnaturalcosmetics.com/collections/eyeshadow 404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/setting-powder

Line 5332

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/small-all-over

Line 3278 3310 4282 4288

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/small-roundhead-face

Line 3282 3314 4286 4292

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/beauty/products/smudger

Line 3278 3310 4282 4288

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/beauty?page=1

Line 3060 3092 4064 4070

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/beauty?page=2

Line 3061 3093 4065 4071

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/best-sellers

Line 3057 3089 4061 4067

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/best-sellers/products/blue-lagoon-cleanse

Line 3282 3314 4286 4292

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/best-sellers/products/blue-lagoon-set

Line 3278 3310 4282 4288

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found

Line 3286 3318 4290 4296

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://adelnaturalcosmetics.com/collections/best-sellers/products/blue-tansy-calming-balm | | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers/products/c-c-face-mask | Line 3282 3314 4286 4292 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers/products/cream-blush | Line 3292 3324 4296 4302 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers/products/cream-foundation | Line 3310 3342 4314 4320 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers/products/essential-skin-care-set | Line 3274 3306 4278 4284 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers/products/glow-highlighter | Line 3286 3318 4290 4296 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers/products/lipstick | Line 3306 3338 4310 4316 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers/products/loose-eyeshadow | Line 3344 3376 4348 4354 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers/products/loose-foundation | Line 3304 3336 4308 4314 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers/products/lotion-bar | Line 3288 3320 4292 4298 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers/products/mascara | Line 3286 3318 4290 4296 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers/products/moisturizing-facial-stick | Line 3288 3320 4292 4298 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/blue-lagoon-set | Line 3057 3089 4061 4067 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/blue-lagoon-set/products/blue-lagoon-cleanse
Line 3282 3314 4286 4292

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/blue-lagoon-set/products/blue-lagoon-mist
Line 3278 3310 4282 4288

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/blue-lagoon-set/products/blue-lagoon-set
Line 3278 3310 4282 4288

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/blue-lagoon-set/products/blue-tansy-body-oil
Line 3282 3314 4286 4292

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/blue-lagoon-set/products/blue-tansy-calming-balm
Line 3286 3318 4290 4296

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/cleansers
Line 3057 3089 4061 4067

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/cleansers/products/blue-lagoon-cleanse
Line 3282 3314 4286 4292

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/cleansers/products/cleanse
Line 3282 3314 4286 4292

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics
Line 3057 3089 4061 4067

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics/products/angled-sculptor
Line 3274 3306 4278 4284

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics/products/bronzing-cream
Line 3278 3310 4282 4288

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics/products/cream-blush
Line 3292 3324 4296 4302

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
Line 3310 3342 4314 4320

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

https://adelnaturalcosmetics.com/collections/cosmetics/products/cream-foundation

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3274 3306 4278 4284
404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics/products/duo-brow

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics/products/eye-definer

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3280 3312 4284 4290
404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics/products/eyeliner

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3286 3318 4290 4296
404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics/products/glow-highlighter

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics/products/jumbo-buffer

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics/products/large-shadow

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3306 3338 4310 4316
404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics/products/lipstick

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics/products/loose-bronzer

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3344 3376 4348 4354
404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics/products/loose-eyeshadow

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3304 3336 4308 4314
404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics/products/loose-foundation

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3286 3318 4290 4296
404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics/products/mascara

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3288 3320 4292 4298
404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics/products/moisturizing-facial-stick

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics/products/pointed-eye-contour
Line 3278 3310 4282 4288

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics/products/setting-powder
Line 3278 3310 4282 4288

Broken link: https://adelnaturalcosmetics.com/collections/adel-brushes/products/artis-fini-brush 404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics/products/setting-powder
Line 5327

Broken link: https://adelnaturalcosmetics.com/collections/eyeshadow 404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics/products/setting-powder
Line 5332

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics/products/small-all-over
Line 3278 3310 4282 4288

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics/products/small-roundhead-face
Line 3282 3314 4286 4292

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics/products/smudger
Line 3278 3310 4282 4288

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics-1
Line 3057 3089 4061 4067

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics-1/products/bronzing-cream
Line 3278 3310 4282 4288

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics-1/products/cream-blush
Line 3292 3324 4296 4302

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics-1/products/cream-foundation
Line 3310 3342 4314 4320

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
https://adelnaturalcosmetics.com/collections/cosmetics-1/products/eyeliner
Line 3280 3312 4284 4290

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found
Line 3286 3318 4290 4296

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://adelnaturalcosmetics.com/collections/cosmetics-1/products/glow-highlighter | | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/cosmetics-1/products/lipstick | Line 3306 3338 4310 4316 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/cosmetics-1/products/lip-tint-1 | Line 3268 3300 4272 4278 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/cosmetics-1/products/loose-bronzer | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/cosmetics-1/products/loose-eyeshadow | Line 3344 3376 4348 4354 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/cosmetics-1/products/loose-foundation | Line 3304 3336 4308 4314 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/cosmetics-1/products/mascara | Line 3286 3318 4290 4296 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/cosmetics-1/products/setting-powder | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/adel-brushes/products/artis-fini-brush 404 Not Found https://adelnaturalcosmetics.com/collections/cosmetics-1/products/setting-powder | Line 5327 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/eyeshadow 404 Not Found https://adelnaturalcosmetics.com/collections/cosmetics-1/products/setting-powder | Line 5332 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/essential | Line 3057 3089 4061 4067 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/essential/products/cleanse | Line 3282 3314 4286 4292 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/essential/products/essential-skin-care-set | Line 3274 3306 4278 4284 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/essential/products/hydrate

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/essential/products/moisturize

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3059 3091 4063 4069
404 Not Found
https://adelnaturalcosmetics.com/collections/everything

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3274 3306 4278 4284
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/adel-
foundation-blender

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3274 3306 4278 4284
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/angled-
sculptor

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/blue-
lagoon-cleanse

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/blue-
lagoon-mist

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/blue-
lagoon-set

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/blue-
tansy-body-oil

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3286 3318 4290 4296
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/blue-
tansy-calming-balm

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3274 3306 4278 4284
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/body-
butter-restore

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/bronzing-
cream

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3282 3314 4286 4292
404 Not Found

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

https://adelnaturalcosmetics.com/collections/everything/products/c-c-face-mask

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/cleanse

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3292 3324 4296 4302
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/cream-blush

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3310 3342 4314 4320
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/cream-foundation

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3274 3306 4278 4284
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/diaper-cream

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3274 3306 4278 4284
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/duo-brow

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3274 3306 4278 4284
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/essential-skin-care-set

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/eye-definer

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3280 3312 4284 4290
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/eyeliner

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3286 3318 4290 4296
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/glow-highlighter

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/hydrate

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/jumbo-buffer

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/large-shadow

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3266 3298 4270 4276
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/lip-conditioner

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3306 3338 4310 4316
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/lipstick

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3268 3300 4272 4278
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/lip-tint-1

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/loose-bronzer

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3344 3376 4348 4354
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/loose-eyeshadow

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3304 3336 4308 4314
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/loose-foundation

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3288 3320 4292 4298
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/lotion-bar

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3286 3318 4290 4296
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/mascara

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/moisturize

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3288 3320 4292 4298
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/moisturizing-facial-stick

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/pointed-eye-contour

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/everything/products/rose-mask

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3262 3294 4266 4272
404 Not Found

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://adelnaturalcosmetics.com/collections/everything/products/rose-mask-applicator | | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/setting-powder | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/adel-brushes/products/artis-fini-brush 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/setting-powder | Line 5327 | |
| | Broken link: adelnaturalcosmetics.com/collections/eyeshadow 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/setting-powder | Line 5332 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/small-all-over | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/small-roundhead-face | Line 3282 3314 4286 4292 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/smudger | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything?page=1 | Line 3059 3091 4063 4069 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything?page=2 | Line 3060 3092 4064 4070 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/eyes | Line 3057 3089 4061 4067 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/eyes/products/angled-sculptor | Line 3274 3306 4278 4284 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/eyes/products/eye-definer | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/eyes/products/eyeliner | Line 3280 3312 4284 4290 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found | Line 3278 3310 4282 4288 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

https://adelnaturalcosmetics.com/collections/eyes/products/large-shadow

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3344 3376 4348 4354
404 Not Found
https://adelnaturalcosmetics.com/collections/eyes/products/loose-eyeshadow

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3286 3318 4290 4296
404 Not Found
https://adelnaturalcosmetics.com/collections/eyes/products/mascara

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/eyes/products/pointed-eye-contour

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/eyes/products/small-all-over

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/eyes/products/smudger

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3057 3089 4061 4067
404 Not Found
https://adelnaturalcosmetics.com/collections/face

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3274 3306 4278 4284
404 Not Found
https://adelnaturalcosmetics.com/collections/face/products/adel-foundation-blender

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3270 3302 4274 4280
404 Not Found
https://adelnaturalcosmetics.com/collections/face/products/chubby-blender

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3310 3342 4314 4320
404 Not Found
https://adelnaturalcosmetics.com/collections/face/products/cream-foundation

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/face/products/jumbo-buffer

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3270 3302 4274 4280
404 Not Found
https://adelnaturalcosmetics.com/collections/face/products/jumbo-flat-top

Broken link: https://adelnaturalcosmetics.com/collections/toners   Line 3304 3336 4308 4314
404 Not Found
https://adelnaturalcosmetics.com/collections/face/products/loose-foundation

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/face/products/mascara | Line 3286 3318 4290 4296 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/face/products/setting-powder | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/adel-brushes/products/artis-fini-brush 404 Not Found https://adelnaturalcosmetics.com/collections/face/products/setting-powder | Line 5327 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/eyeshadow 404 Not Found https://adelnaturalcosmetics.com/collections/face/products/setting-powder | Line 5332 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/face/products/small-roundhead-face | Line 3282 3314 4286 4292 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/final-sale | Line 3058 3090 4062 4068 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/holiday-sets | Line 3057 3089 4061 4067 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/hydrating-sprays | Line 3057 3089 4061 4067 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/hydrating-sprays/products/blue-lagoon-mist | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/hydrating-sprays/products/hydrate | Line 3282 3314 4286 4292 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/lips | Line 3057 3089 4061 4067 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/lips/products/lipstick | Line 3306 3338 4310 4316 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/lotion-bars | Line 3057 3089 4061 4067 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found | Line 3288 3320 4292 4298 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

https://adelnaturalcosmetics.com/collections/lotion-bars/products/lotion-bar

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3058 3090 4062 4068
404 Not Found
https://adelnaturalcosmetics.com/collections/moisturize

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3288 3320 4292 4298
404 Not Found
https://adelnaturalcosmetics.com/collections/moisturize/products/lotion-bar

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3288 3320 4292 4298
404 Not Found
https://adelnaturalcosmetics.com/collections/moisturize/products/moisturizing-facial-stick

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3057 3089 4061 4067
404 Not Found
https://adelnaturalcosmetics.com/collections/moisturizers

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/moisturizers/products/blue-tansy-body-oil

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3286 3318 4290 4296
404 Not Found
https://adelnaturalcosmetics.com/collections/moisturizers/products/blue-tansy-calming-balm

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3274 3306 4278 4284
404 Not Found
https://adelnaturalcosmetics.com/collections/moisturizers/products/body-butter-restore

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3288 3320 4292 4298
404 Not Found
https://adelnaturalcosmetics.com/collections/moisturizers/products/lotion-bar

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/moisturizers/products/moisturize

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3288 3320 4292 4298
404 Not Found
https://adelnaturalcosmetics.com/collections/moisturizers/products/moisturizing-facial-stick

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3057 3089 4061 4067
404 Not Found
https://adelnaturalcosmetics.com/collections/new

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/new/products/bronzing-cream

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3057 3089 4061 4067
404 Not Found

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

https://adelnaturalcosmetics.com/collections/rose-mask-and-petite-set

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/rose-mask-and-petite-set/products/c-c-face-mask

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/rose-mask-and-petite-set/products/rose-mask

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3057 3089 4061 4067
404 Not Found
https://adelnaturalcosmetics.com/collections/skin-care

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/skin-care/products/blue-lagoon-cleanse

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/skin-care/products/blue-lagoon-mist

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/skin-care/products/blue-lagoon-set

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/skin-care/products/blue-tansy-body-oil

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3286 3318 4290 4296
404 Not Found
https://adelnaturalcosmetics.com/collections/skin-care/products/blue-tansy-calming-balm

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3274 3306 4278 4284
404 Not Found
https://adelnaturalcosmetics.com/collections/skin-care/products/body-butter-restore

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/skin-care/products/c-c-face-mask

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/skin-care/products/cleanse

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3274 3306 4278 4284
404 Not Found
https://adelnaturalcosmetics.com/collections/skin-care/products/essential-skin-care-set

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/skin-care/products/hydrate

Line 3282 3314 4286 4292

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/skin-care/products/lotion-bar

Line 3288 3320 4292 4298

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/skin-care/products/moisturize

Line 3282 3314 4286 4292

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/skin-care/products/moisturizing-facial-stick

Line 3288 3320 4292 4298

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/skin-care/products/rose-mask

Line 3278 3310 4282 4288

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/wholesale

Line 3057 3089 4061 4067

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/wholesale/products/blue-lagoon-cleanse

Line 3282 3314 4286 4292

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/wholesale/products/blue-lagoon-mist

Line 3278 3310 4282 4288

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/wholesale/products/blue-tansy-body-oil

Line 3282 3314 4286 4292

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/wholesale/products/blue-tansy-calming-balm

Line 3286 3318 4290 4296

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/wholesale/products/c-c-face-mask

Line 3282 3314 4286 4292

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/collections/wholesale/products/cleanse

Line 3282 3314 4286 4292

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found

Line 3274 3306 4278 4284

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

https://adelnaturalcosmetics.com/collections/wholesale/products/diaper-cream

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/wholesale/products/hydrate

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3282 3314 4286 4292
404 Not Found
https://adelnaturalcosmetics.com/collections/wholesale/products/moisturize

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3278 3310 4282 4288
404 Not Found
https://adelnaturalcosmetics.com/collections/wholesale/products/rose-mask

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3054 3086 4058 4064
404 Not Found
https://adelnaturalcosmetics.com/collections?page=1

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3055 3087 4059 4065
404 Not Found
https://adelnaturalcosmetics.com/collections?page=2

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3065 3097 4069 4075
404 Not Found
https://adelnaturalcosmetics.com/pages/about-us-page

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3053 3085 4057 4063
404 Not Found
https://adelnaturalcosmetics.com/pages/contact-us-not-yet-online

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3053 3085 4057 4063
404 Not Found
https://adelnaturalcosmetics.com/pages/frequently-asked-questions

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3065 3097 4069 4075
404 Not Found
https://adelnaturalcosmetics.com/pages/ingredients-page

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3054 3086 4058 4064
404 Not Found
https://adelnaturalcosmetics.com/pages/military-discount

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3054 3086 4058 4064
404 Not Found
https://adelnaturalcosmetics.com/pages/mobile-terms-of-service

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3054 3086 4058 4064
404 Not Found
https://adelnaturalcosmetics.com/pages/privacy-policy

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3054 3086 4058 4064
404 Not Found
https://adelnaturalcosmetics.com/pages/return-policy-1

Broken link: https://adelnaturalcosmetics.com/collections/toners    Line 3054 3086 4058 4064
404 Not Found
https://adelnaturalcosmetics.com/pages/shipping

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/pages/terms-and-conditions | Line 3054 3086 4058 4064 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/pages/wholesale | Line 3054 3086 4058 4064 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/policies/shipping-policy | Line 3055 3087 4059 4065 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/adel-foundation-blender | Line 3274 3306 4278 4284 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/adel-foundation-blender?_pos=1&_psq=foundation-blender&_ss=e&_v=1.0 | Line 3274 3306 4278 4284 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/adel-foundation-blender?_pos=1&_sid=a3bcbb43d&_ss=r | Line 3274 3306 4278 4284 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/angled-sculptor | Line 3274 3306 4278 4284 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/blue-lagoon-cleanse | Line 3282 3314 4286 4292 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/blue-lagoon-mist | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/blue-lagoon-mist?_pos=1&_psq=blue-lagoon-hydrate&_ss=e&_v=1.0 | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/blue-lagoon-set | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/blue-tansy-body-oil | Line 3282 3314 4286 4292 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/blue-tansy-calming-balm | Line 3286 3318 4290 4296 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/blue-tansy-calming-balm?_pos=1&_sid=6e223e421&_ss=r | Line 3286 3318 4290 4296 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Broken link: https://adelnaturalcosmetics.com/collections/toners<br>404 Not Found<br>https://adelnaturalcosmetics.com/products/body-butter-restore | Line 3274 3306 4278 4284 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners<br>404 Not Found<br>https://adelnaturalcosmetics.com/products/bronzing-cream | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners<br>404 Not Found<br>https://adelnaturalcosmetics.com/products/c-c-face-mask | Line 3282 3314 4286 4292 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners<br>404 Not Found<br>https://adelnaturalcosmetics.com/products/chubby-blender | Line 3270 3302 4274 4280 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners<br>404 Not Found<br>https://adelnaturalcosmetics.com/products/chubby-blender?<br>_pos=1&_sid=4a81a511d&_ss=r | Line 3270 3302 4274 4280 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners<br>404 Not Found<br>https://adelnaturalcosmetics.com/products/chubby-blender?<br>_pos=1&_sid=5ba69d4fc&_ss=r | Line 3270 3302 4274 4280 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners<br>404 Not Found<br>https://adelnaturalcosmetics.com/products/chubby-blender?<br>_pos=1&_sid=e31ec235b&_ss=r | Line 3270 3302 4274 4280 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners<br>404 Not Found<br>https://adelnaturalcosmetics.com/products/cleanse | Line 3282 3314 4286 4292 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners<br>404 Not Found<br>https://adelnaturalcosmetics.com/products/cream-blush | Line 3292 3324 4296 4302 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners<br>404 Not Found<br>https://adelnaturalcosmetics.com/products/cream-foundation | Line 3310 3342 4314 4320 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners<br>404 Not Found<br>https://adelnaturalcosmetics.com/products/diaper-cream | Line 3274 3306 4278 4284 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners<br>404 Not Found<br>https://adelnaturalcosmetics.com/products/duo-brow | Line 3274 3306 4278 4284 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners<br>404 Not Found<br>https://adelnaturalcosmetics.com/products/essential-skin-care-<br>set | Line 3274 3306 4278 4284 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners<br>404 Not Found<br>https://adelnaturalcosmetics.com/products/eye-definer | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners<br>404 Not Found | Line 3280 3312 4284 4290 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://adelnaturalcosmetics.com/products/eyeliner | | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/free-unlimited-return-for-store-credit-or-exchanges-for-1-00-via-re-do-4 | Line 3249 3281 4253 4259 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/gift-card | Line 3264 3296 4268 4274 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/glow-highlighter | Line 3286 3318 4290 4296 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/hydrate | Line 3282 3314 4286 4292 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/hydrate?_pos=1&_sid=0649135c8&_ss=r | Line 3282 3314 4286 4292 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/hydrate?_pos=1&_sid=e87024110&_ss=r | Line 3282 3314 4286 4292 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/jumbo-buffer | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/jumbo-flat-top | Line 3270 3302 4274 4280 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/jumbo-flat-top?_pos=1&_sid=7431fe559&_ss=r | Line 3270 3302 4274 4280 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/large-shadow | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/lip-conditioner | Line 3266 3298 4270 4276 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/lipstick | Line 3306 3338 4310 4316 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/lip-tint-1 | Line 3268 3300 4272 4278 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/loose-bronzer | Line 3278 3310 4282 4288 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/products/loose-eyeshadow

Line 3344 3376 4348 4354

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/products/loose-foundation

Line 3304 3336 4308 4314

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/products/lotion-bar

Line 3288 3320 4292 4298

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/products/mascara

Line 3286 3318 4290 4296

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/products/moisturize

Line 3282 3314 4286 4292

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/products/moisturize?
_pos=1&_psq=essential-moisturize&_ss=e&_v=1.0

Line 3282 3314 4286 4292

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/products/moisturizing-facial-
stick

Line 3288 3320 4292 4298

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/products/perfect-line

Line 3262 3294 4266 4272

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/products/pointed-eye-contour

Line 3278 3310 4282 4288

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/products/rose-mask

Line 3278 3310 4282 4288

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/products/rose-mask-applicator

Line 3262 3294 4266 4272

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/products/rose-mask-
applicator?_pos=2&_sid=d2609af29&_ss=r

Line 3262 3294 4266 4272

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/products/routeins

Line 3402 3434 4406 4412

Broken link: https://adelnaturalcosmetics.com/collections/toners
404 Not Found
https://adelnaturalcosmetics.com/products/setting-powder

Line 3278 3310 4282 4288

Broken link: https://adelnaturalcosmetics.com/collections/adel-
brushes/products/artis-fini-brush 404 Not Found

Line 5327

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://adelnaturalcosmetics.com/products/setting-powder | | |
| | Broken link: https://adelnaturalcosmetics.com/collections/eyeshadow 404 Not Found https://adelnaturalcosmetics.com/products/setting-powder | Line 5332 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/setting-powder?_pos=1&_sid=6fc869a54&_ss=r | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/adel-brushes/products/artis-fini-brush 404 Not Found https://adelnaturalcosmetics.com/products/setting-powder?_pos=1&_sid=6fc869a54&_ss=r | Line 5327 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/eyeshadow 404 Not Found https://adelnaturalcosmetics.com/products/setting-powder?_pos=1&_sid=6fc869a54&_ss=r | Line 5332 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/slant | Line 3262 3294 4266 4272 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/small-all-over | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/small-roundhead-face | Line 3282 3314 4286 4292 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/small-roundhead-face?_pos=1&_sid=735cab73e&_ss=r | Line 3282 3314 4286 4292 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/small-roundhead-face?_pos=1&_sid=ecb1cf8b2&_ss=r | Line 3282 3314 4286 4292 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/smudger | Line 3278 3310 4282 4288 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/thin-line | Line 3262 3294 4266 4272 | |
| | Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/search | Line 3054 3086 4058 4064 | |
| 🔴 | This link is broken. The src or href is an empty string. | Broken Link | 41 pages |

| Priority | Description and URL | Guideline and Line# | Count |
|----------|--------------------|--------------------|-------|

`href="` or `src="` can cause unexpected effects such as traffic spikes or cookie corruption, and causes JavaScript error events to fire on Firefox.

Link: View all URL is empty.
https://adelnaturalcosmetics.com/blogs/news/16-naughty-list-ingredients
Line 4770

Link: View all URL is empty.
https://adelnaturalcosmetics.com/blogs/news/5-reasons-to-toss-your-conventional-deodorant
Line 4799

Link: View all URL is empty.
https://adelnaturalcosmetics.com/blogs/news/a-case-for-the-sun
Line 4831

Link: View all URL is empty.
https://adelnaturalcosmetics.com/blogs/news/are-you-suggesting-i-brush-my-skin
Line 4712

Link: View all URL is empty.
https://adelnaturalcosmetics.com/blogs/news/august-reset
Line 4706

Link: View all URL is empty.
https://adelnaturalcosmetics.com/blogs/news/blue-lagoon-rose-line-or-the-3-step-skin-care-routine-confused-read-on
Line 4696

Link: View all URL is empty.
https://adelnaturalcosmetics.com/blogs/news/deodorant
Line 4798

Link: View all URL is empty.
https://adelnaturalcosmetics.com/blogs/news/eczema-5-things-about-eczema-your-doctor-wont-tell-you
Line 5233

Link: View all URL is empty.
https://adelnaturalcosmetics.com/blogs/news/got-winter-dry-lips-heres-help
Line 4710

Link: View all URL is empty.
https://adelnaturalcosmetics.com/blogs/news/gut-brain-and-skin-health-whats-the-connection
Line 4704

Link: View all URL is empty.
https://adelnaturalcosmetics.com/blogs/news/healthy-skin-diet
Line 4723

Link: View all URL is empty.
https://adelnaturalcosmetics.com/blogs/news/lets-talk-about-parabens-and-phalates
Line 4852

Link: View all URL is empty.
https://adelnaturalcosmetics.com/blogs/news/luxury-skin-care-products-explained
Line 4733

Link: View all URL is empty.
https://adelnaturalcosmetics.com/blogs/news/personal-thoughts
Line 4656

Link: View all URL is empty.
https://adelnaturalcosmetics.com/blogs/news/recipes-we-love-coconut-strawberry-granola
Line 4692

Link: View all URL is empty.
https://adelnaturalcosmetics.com/blogs/news/sunscreen-101
Line 4713

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Link: View all URL is empty.<br>https://adelnaturalcosmetics.com/blogs/news/the-adel-team-spills-their-favorite-product-hacks | Line 4774 | |
| | Link: View all URL is empty.<br>https://adelnaturalcosmetics.com/blogs/news/two-deceitful-words-natural-flavors | Line 4788 | |
| | Link: View all URL is empty.<br>https://adelnaturalcosmetics.com/blogs/news/water-and-detoxing | Line 4700 | |
| | Link: View all URL is empty.<br>https://adelnaturalcosmetics.com/blogs/news/what-do-i-do-about-my-oily-skin-and-other-issues | Line 4757 | |

This issue was found on another 21 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition.

🔴 This link is broken. The target anchor does not exist or is commented out.    Broken Link    38 pages

The anchor after the `#` symbol points to a non-existent `id` on the target page. If the anchor link targets the same page nothing will happen when it's clicked. If the anchor link targets another page, then the top of the target page will be displayed instead of the intended location. In most cases the destination anchor has been removed accidentally and should be reinstated.

| | | | |
|---|---|---|---|
| | id=recover<br>https://adelnaturalcosmetics.com/account/login | Line 4542 | |
| | id=recover<br>https://adelnaturalcosmetics.com/account/login?return_url=%2Faccount | Line 4542 | |
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news | Line 4588 | |
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news | Line 4643 | |
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news | Line 4698 | |
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news | Line 4753 | |
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news | Line 4808 | |
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news | Line 5016 | |
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news | Line 5071 | |
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news | Line 5126 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news | Line 5181 | |
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news | Line 5236 | |
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news | Line 5291 | |
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news | Line 5346 | |
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news | Line 5401 | |
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news | Line 5456 | |
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news | Line 5562 | |
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news/16-naughty-list-ingredients | Line 4497 | |
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news/are-you-suggesting-i-brush-my-skin | Line 4497 | |
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news/august-reset | Line 4525 | |
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news/eczema-5-things-about-eczema-your-doctor-wont-tell-you | Line 4687 | |
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news/fragrance-a-stinky-little-secret | Line 4491 | |
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news/got-winter-dry-lips-heres-help | Line 4525 | |
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news/gut-brain-and-skin-health-whats-the-connection | Line 4523 | |
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news/healthy-skin-diet | Line 4531 | |
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news/lets-talk-about-parabens-and-phalates | Line 4587 | |
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news/let-us-introduce-ourselves | Line 4491 | |
| | id=comments<br>https://adelnaturalcosmetics.com/blogs/news/personal-thoughts | Line 4505 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | id=comments https://adelnaturalcosmetics.com/blogs/news/recipes-we-love-coconut-strawberry-granola | Line 4519 | |
| | id=comments https://adelnaturalcosmetics.com/blogs/news/recipes-we-love-waffles | Line 4491 | |
| | id=comments https://adelnaturalcosmetics.com/blogs/news/sunscreen-101 | Line 4527 | |
| | id=comments https://adelnaturalcosmetics.com/blogs/news/the-adel-team-spills-their-favorite-product-hacks | Line 4553 | |
| | id=comments https://adelnaturalcosmetics.com/blogs/news/two-deceitful-words-natural-flavors | Line 4533 | |
| | id=comments https://adelnaturalcosmetics.com/blogs/news/water-and-detoxing | Line 4521 | |
| | id=comments https://adelnaturalcosmetics.com/blogs/news/what-do-i-do-about-my-oily-skin-and-other-issues | Line 4549 | |
| | id=comments https://adelnaturalcosmetics.com/blogs/news?page=2 | Line 5476 | |
| | id=comments https://adelnaturalcosmetics.com/blogs/news?page=2 | Line 4538 | |
| | id=comments https://adelnaturalcosmetics.com/blogs/news?page=2 | Line 4746 | |

🔴 This link may be broken. The target page has taken a long time to load and timed out.

This is often a temporary problem, but if the problem persists it indicates network problems or an issue on your web server.

Broken link: https://cdn.shopify.com/proxy/9d84cbf7f883208e1b7387ba3b3660ea98e2b2eed697526bb3f4f05869d65261/obscure-escarpment-2240.herokuapp.com/js/best_custom_product_options.js?shop=adel-natural-cosmetics.myshopify.com&sp-cache-control=cHVibGljLCBtYXgtYWdlPTkwMA https://adelnaturalcosmetics.com/

Broken Link HTTP 504   1 pages

Line 35

🔴 This link returns a 403 Forbidden HTTP status code.

Web servers return this code when access is denied to a URL.

Link: https://alz-journals.onlinelibrary.wiley.com/doi/10.1016/j.jalz.2015.07.077 403 Forbidden https://adelnaturalcosmetics.com/blogs/news/5-reasons-to-toss-your-conventional-deodorant

Broken Link HTTP 403   3 pages

Line 4586

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Link:<br>https://analyticalsciencejournals.onlinelibrary.wiley.com/doi/full/10.1002/jat.1786<br>403 Forbidden<br>https://adelnaturalcosmetics.com/blogs/news/5-reasons-to-toss-your-conventional-deodorant | Line 4609 | |
| | Link: https://onlinelibrary.wiley.com/doi/10.1111/j.1365-2605.2005.00642.x 403 Forbidden<br>https://adelnaturalcosmetics.com/blogs/news/5-reasons-to-toss-your-conventional-deodorant | Line 4616 | |
| 🔴 | This page contains some spelling errors.<br><br>Click the word to add it to the dictionary. Click it again if you want to remove it. | | 478 pages |
| | everyones cst bronzy eyeshadow buildable<br>https://adelnaturalcosmetics.com/ | Line 4562 4615 4669 5376 5474 ... | |
| | cst<br>https://adelnaturalcosmetics.com/collections/all-eyes | Line 6706 | |
| | cst<br>https://adelnaturalcosmetics.com/collections/all-face | Line 6640 | |
| | cst<br>https://adelnaturalcosmetics.com/collections/all-lips | Line 5758 | |
| | cst<br>https://adelnaturalcosmetics.com/collections/best-sellers | Line 6868 | |
| | cst<br>https://adelnaturalcosmetics.com/collections/cosmetics-1 | Line 6640 | |
| | bronzy cst cakey resending blendable<br>https://adelnaturalcosmetics.com/products/bronzing-cream | Line 55 5518 6027 6135 6749 | |
| | cst resending nasties popsicle nasties<br>https://adelnaturalcosmetics.com/products/cream-blush | Line 55 6004 6193 6810 7422 ... | |
| | cst resending breathability breathability cakey<br>https://adelnaturalcosmetics.com/products/cream-foundation | Line 55 6195 6501 6956 7752 | |
| | cst resending ey<br>https://adelnaturalcosmetics.com/products/eyeliner | Line 55 5510 6735 | |
| | cst resending egift<br>https://adelnaturalcosmetics.com/products/gift-card | Line 55 5480 6705 | |
| | sara cst winterfeld resending<br>https://adelnaturalcosmetics.com/products/glow-highlighter | Line 5850 6457 6457 7081 | |
| | cst carmex resending chapstick<br>https://adelnaturalcosmetics.com/products/lip-conditioner | Line 5360 5869 5869 6591 | |
| | cst sooo resending dosent paperboar<br>https://adelnaturalcosmetics.com/products/lipstick | Line 55 7263 7826 7880 8492 | |
| | cst resending nouri<br>https://adelnaturalcosmetics.com/products/lip-tint-1 | Line 55 5529 6760 | |
| | ove cst bronzers resending<br>https://adelnaturalcosmetics.com/ | Line 5405 5860 6076 6634 | |

**Priority** **Description and URL**                                          **Guideline and Line#**          **Count**

https://adelnaturalcosmetics.com/products/loose-bronzer

smudger cst ight cotta resending                                             Line 7519 7590 7647 7783
https://adelnaturalcosmetics.com/products/loose-eyeshadow                     9018 ...

ssential cst resending                                                       Line 6264 6400 7633
https://adelnaturalcosmetics.com/products/loose-foundation

faythe cst resending volumize botanicals                                     Line 55 55 5966 6465 7203 ...
https://adelnaturalcosmetics.com/products/mascara

cst resending eyeshadow cakey                                                Line 5332 5466 5921 6695
https://adelnaturalcosmetics.com/products/setting-powder

This issue was found on another 458 pages. You can change
the number of pages shown for each issue using the Options
menu command in the desktop edition or the Edit Scan button in
the OnDemand edition.

🔴   This page is blank.                                                                                        2 pages

Unclosed title , script or style elements can make documents
appear blank when displayed in a browser.

https://adelnaturalcosmetics.com/apps/redo/returns-portal              Line 2

https://adelnaturalcosmetics.com/wpm@cc00d552w755d100bpc2ffb0862mb87193f6/web-
pixel-shopify-custom-pixel@0575/sandbox/modern/

This tab shows site quality issues, including broken links and server configuration problems.

⊗    **Broken links - Some pages contain links that don't work.**

⊘    Server configuration - No issues found.

⊘    ASP, ASP.NET and PHP script errors - No issues found.

⊘    Internet RFCs - No issues found.

| **Priority Description and URL** | **Guideline and Line#** | **Count** |
|---|---|---|

## Priority 1

6 issues on 319 pages

🔴   This link is broken. The page could not be found on the target web server.    Broken Link HTTP 404    87 pages

Fixing this depends on how the link became broken:

- The link has been mistyped and should be fixed
- The destination page has moved and the link should be updated
- The destination page no longer exists and the link should be removed
- A file has been accidentally deleted and should be replaced

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found    Line 1521 1553 2961 2967 4711 ...
https://adelnaturalcosmetics.com/

Broken link:    Line 102
https://cdn.shopify.com/proxy/2a8a6eda9c0cd782388ff4db6014a4fe008448b7cab675bf01b871dd521ba063/adelnaturalcosmetics.activehosted.com/f/embed.php?
id=37&shop=adel-natural-cosmetics.myshopify.com&sp-cache-
control=cHVibGljLCBtYXgtYWdlPTkwMA 404 Not Found
https://adelnaturalcosmetics.com/

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found    Line 1470 1502 2910 2916
https://adelnaturalcosmetics.com/account/login

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found    Line 1470 1502 2910 2916
https://adelnaturalcosmetics.com/account/login?return_url=%2Faccount

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found    Line 1470 1502 2910 2916
https://adelnaturalcosmetics.com/account/register

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found    Line 1450 1482 2890 2896
https://adelnaturalcosmetics.com/blogs/devotionals

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found    Line 1484 1516 2924 2930
https://adelnaturalcosmetics.com/blogs/devotionals/he-is-not-here-matthew-28-20

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found    Line 1458 1490 2898 2904
https://adelnaturalcosmetics.com/blogs/devotionals/his-name-shall-be-called

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found    Line 1452 1484 2892 2898
https://adelnaturalcosmetics.com/blogs/news

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found    Line 1464 1496 2904 2910
https://adelnaturalcosmetics.com/blogs/news/16-naughty-list-ingredients

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found    Line 1512 1544 2952 2958
https://adelnaturalcosmetics.com/blogs/news/5-reasons-to-toss-your-conventional-
deodorant

Broken link: https://www.mayoclinic.org/healthy-lifestyle/adult-health/expert-    Line 3614
answers/triclosan/faq-20057861 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/5-reasons-to-toss-your-conventional-
deodorant

Broken link: https://adelnaturalcosmetics.com/Benzyl%20Salicylate 404 Not Found    Line 3646
https://adelnaturalcosmetics.com/blogs/news/5-reasons-to-toss-your-conventional-
deodorant

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found    Line 1544 1576 2984 2990
https://adelnaturalcosmetics.com/blogs/news/a-case-for-the-sun

Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found    Line 1458 1490 2898 2904
https://adelnaturalcosmetics.com/blogs/news/aging-gracefully

Broken link:    Line 3545
https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0816__1_large.JPG?
v=1532031469 404 Not Found
https://adelnaturalcosmetics.com/blogs/news/aging-gracefully

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_5395_large.JPG?v=1532031523 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/aging-gracefully | Line 3576 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0976_large.JPG?v=1532031487 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/aging-gracefully | Line 3598 | |
| Broken link:<br>https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_3568_medium.JPG?v=1532031498 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/aging-gracefully | Line 3631 | |
| Broken link:<br>https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_5179_medium.JPG?v=1532031505 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/aging-gracefully | Line 3632 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/are-you-suggesting-i-brush-my-skin | Line 1464 1496 2904 2910 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_1757_large.jpg?v=1535468873 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/are-you-suggesting-i-brush-my-skin | Line 3533 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_1745_large.jpg?v=1535468849 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/are-you-suggesting-i-brush-my-skin | Line 3554 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_1740_large.jpg?v=1535469070 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/are-you-suggesting-i-brush-my-skin | Line 3571 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/august-reset | Line 1492 1524 2932 2938 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/blue-lagoon-rose-line-or-the-3-step-skin-care-routine-confused-read-on | Line 1490 1522 2930 2936 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/blush-dont-skip-it | Line 1458 1490 2898 2904 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/20171209-27_large.jpg?v=1532032362 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/blush-dont-skip-it | Line 3531 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/20171209-23_large.jpg?v=1532032384 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/blush-dont-skip-it | Line 3576 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/colds-flu-sweat-cure | Line 1464 1496 2904 2910 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0861_large.JPG?v=1532032978 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/colds-flu-sweat-cure | Line 3587 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0859_large.JPG?v=1532032966 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/colds-flu-sweat-cure | Line 3588 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0878_large.JPG?v=1532032991 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/colds-flu-sweat-cure | Line 3675 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/deodorant | Line 1534 1566 2974 2980 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/eczema-5-things-about-eczema-your-doctor-wont-tell-you | Line 1654 1686 3094 3100 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/fragrance-a-stinky-little-secret | Line 1458 1490 2898 2904 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_2052_large.JPG?v=1531936907 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/fragrance-a-stinky-little-secret | Line 3580 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_2096_large.JPG?v=1531936916 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/fragrance-a-stinky-little-secret | Line 3581 | |

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_2102_large.JPG?v=1531936926 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/fragrance-a-stinky-little-secret | Line 3582 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_2129_large.JPG?v=1531936935 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/fragrance-a-stinky-little-secret | Line 3583 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/frequently-asked-questions-how-long-does-natural-makeup-last-before-spoiling | Line 1458 1490 2898 2904 | |
| Broken link: https://adelnaturalcosmetics.com/eyeliner/eyeliner 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/frequently-asked-questions-how-long-does-natural-makeup-last-before-spoiling | Line 3579 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/got-winter-dry-lips-heres-help | Line 1492 1524 2932 2938 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/gut-brain-and-skin-health-whats-the-connection | Line 1490 1522 2930 2936 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/healthy-skin-diet | Line 1498 1530 2938 2944 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/hgtv-and-healthy-skin-tips | Line 1462 1494 2902 2908 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0655-2_medium.jpg?v=1532038969 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/hgtv-and-healthy-skin-tips | Line 3547 | |
| Broken link:<br>https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0639_medium.jpg?v=1532038960 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/hgtv-and-healthy-skin-tips | Line 3548 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0669-2_medium.jpg?v=1532038976 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/hgtv-and-healthy-skin-tips | Line 3549 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/lets-talk-about-parabens-and-phalates | Line 1554 1586 2994 3000 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/let-us-introduce-ourselves | Line 1458 1490 2898 2904 | |
| Broken link:<br>https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_1095_medium.JPG?v=1527557369 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/let-us-introduce-ourselves | Line 3554 | |
| Broken link:<br>https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_1109_medium.JPG?v=1527557500 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/let-us-introduce-ourselves | Line 3555 | |
| Broken link:<br>https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_1101_medium.JPG?v=1532033469 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/let-us-introduce-ourselves | Line 3556 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_1076_large.JPG?v=1527557385 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/let-us-introduce-ourselves | Line 3561 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/luxury-skin-care-products-explained | Line 1460 1492 2900 2906 | |
| Broken link: https://adelnaturalcosmetics.com/collections/new/products/rose-mist 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/luxury-skin-care-products-explained | Line 3527 3556 3581 3588 3601 ... | |
| Broken link: https://adelnaturalcosmetics.com/collections/new/products/rose-serum 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/luxury-skin-care-products-explained | Line 3529 3567 3595 3603 3617 ... | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_4427_large.jpg?v=1553266284 404 Not Found<br>https://adelnaturalcosmetics.com/blogs/news/luxury-skin-care-products-explained | Line 3537 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_6921_large.jpg?v=1553266358 404 Not Found | Line 3552 | |

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| https://adelnaturalcosmetics.com/blogs/news/luxury-skin-care-products-explained | | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_6814_large.jpg?v=1553266646 404 Not Found https://adelnaturalcosmetics.com/blogs/news/luxury-skin-care-products-explained | Line 3563 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_2011_medium.jpg?v=1553267148 404 Not Found https://adelnaturalcosmetics.com/blogs/news/luxury-skin-care-products-explained | Line 3577 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/blogs/news/memorial-day-tribute | Line 1462 1494 2902 2908 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/Screen_Shot_2018-07-18_at_7.01_large.JPG?v=1532033545 404 Not Found https://adelnaturalcosmetics.com/blogs/news/memorial-day-tribute | Line 3580 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/blogs/news/men-and-skin-care | Line 1458 1490 2898 2904 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/20171209-157_medium.JPG?v=1532033804 404 Not Found https://adelnaturalcosmetics.com/blogs/news/men-and-skin-care | Line 3555 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/20180607-31_1_medium.JPG?v=1532033816 404 Not Found https://adelnaturalcosmetics.com/blogs/news/men-and-skin-care | Line 3556 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/20180607-61_1_medium.JPG?v=1532033827 404 Not Found https://adelnaturalcosmetics.com/blogs/news/men-and-skin-care | Line 3557 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/blogs/personal-thoughts | Line 1472 1504 2912 2918 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/blogs/news/recipes-we-love-coconut-strawberry-granola | Line 1486 1518 2926 2932 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_3430_large.JPG?v=1558732620 404 Not Found https://adelnaturalcosmetics.com/blogs/news/recipes-we-love-coconut-strawberry-granola | Line 3591 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/blogs/news/recipes-we-love-overnight-artisan-bread | Line 1458 1490 2898 2904 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/blogs/news/recipes-we-love-overnight-coffee-cake | Line 1458 1490 2898 2904 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/blogs/news/recipes-we-love-waffles | Line 1458 1490 2898 2904 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0767_1_large.JPG?v=1532038615 404 Not Found https://adelnaturalcosmetics.com/blogs/news/recipes-we-love-waffles | Line 3532 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0821_2_large.JPG?v=1532038605 404 Not Found https://adelnaturalcosmetics.com/blogs/news/recipes-we-love-waffles | Line 3533 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0780_large.JPG?v=1532038663 404 Not Found https://adelnaturalcosmetics.com/blogs/news/recipes-we-love-waffles | Line 3545 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/blogs/news/skin-care-should-be-luxurious-part-1-cleanse | Line 1458 1490 2898 2904 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0560_large.JPG?v=1532036185 404 Not Found https://adelnaturalcosmetics.com/blogs/news/skin-care-should-be-luxurious-part-1-cleanse | Line 3557 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0483_large.JPG?v=1532036146 404 Not Found https://adelnaturalcosmetics.com/blogs/news/skin-care-should-be-luxurious-part-1-cleanse | Line 3593 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0521_d37fceeb-5a65-4787-9625-ff06f542ed92_large.JPG?v=1532036163 404 Not Found https://adelnaturalcosmetics.com/blogs/news/skin-care-should-be-luxurious-part-1-cleanse | Line 3621 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0532_large.JPG?v=1532036176 404 Not Found https://adelnaturalcosmetics.com/blogs/news/skin-care-should-be-luxurious-part-1-cleanse | Line 3649 | |

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| Broken link: https://static1.squarespace.com/static/589a1f72be659410c9ad192b/t/5a7495df41920241e81a925c/1517590019415/DSC_0544.jpg?format=500w 404 Not Found https://adelnaturalcosmetics.com/blogs/news/skin-care-should-be-luxurious-part-1-cleanse | Line 3643 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/blogs/news/skin-care-should-be-luxurious-part-2-hydrate | Line 1462 1494 2902 2908 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0692_large.JPG?v=1532036744 404 Not Found https://adelnaturalcosmetics.com/blogs/news/skin-care-should-be-luxurious-part-2-hydrate | Line 3607 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0680_large.JPG?v=1532036702 404 Not Found https://adelnaturalcosmetics.com/blogs/news/skin-care-should-be-luxurious-part-2-hydrate | Line 3611 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0689_large.JPG?v=1532036720 404 Not Found https://adelnaturalcosmetics.com/blogs/news/skin-care-should-be-luxurious-part-2-hydrate | Line 3615 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0691_large.JPG?v=1532036734 404 Not Found https://adelnaturalcosmetics.com/blogs/news/skin-care-should-be-luxurious-part-2-hydrate | Line 3619 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0669_large.JPG?v=1532036683 404 Not Found https://adelnaturalcosmetics.com/blogs/news/skin-care-should-be-luxurious-part-2-hydrate | Line 3623 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/blogs/news/skin-care-should-be-luxurious-part-3-moisturize | Line 1458 1490 2898 2904 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0683_1_large.JPG?v=1532037136 404 Not Found https://adelnaturalcosmetics.com/blogs/news/skin-care-should-be-luxurious-part-3-moisturize | Line 3687 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0706_large.JPG?v=1532037160 404 Not Found https://adelnaturalcosmetics.com/blogs/news/skin-care-should-be-luxurious-part-3-moisturize | Line 3691 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0740_large.JPG?v=1532037179 404 Not Found https://adelnaturalcosmetics.com/blogs/news/skin-care-should-be-luxurious-part-3-moisturize | Line 3695 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/blogs/news/solid-lotion-your-body-needs-it | Line 1458 1490 2898 2904 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/20171209-76_large.JPG?v=1532037494 404 Not Found https://adelnaturalcosmetics.com/blogs/news/solid-lotion-your-body-needs-it | Line 3561 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_3449_compact.JPG?v=1532037554 404 Not Found https://adelnaturalcosmetics.com/blogs/news/solid-lotion-your-body-needs-it | Line 3617 3619 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_3809_compact.JPG?v=1532037571 404 Not Found https://adelnaturalcosmetics.com/blogs/news/solid-lotion-your-body-needs-it | Line 3618 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_4156_compact.JPG?v=1532037594 404 Not Found https://adelnaturalcosmetics.com/blogs/news/solid-lotion-your-body-needs-it | Line 3620 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_2001_large.JPG?v=1532037718 404 Not Found https://adelnaturalcosmetics.com/blogs/news/solid-lotion-your-body-needs-it | Line 3667 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/blogs/news/solid-lotion-your-face-needs-it | Line 1458 1490 2898 2904 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_1130_large.JPG?v=1532037954 404 Not Found https://adelnaturalcosmetics.com/blogs/news/solid-lotion-your-face-needs-it | Line 3550 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_1083_large.JPG?v=1532037917 404 Not Found | Line 3571 | |

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| https://adelnaturalcosmetics.com/blogs/news/solid-lotion-your-face-needs-it | | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_1004_3_large.JPG?v=1532037907 404 Not Found https://adelnaturalcosmetics.com/blogs/news/solid-lotion-your-face-needs-it | Line 3575 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_1099_large.JPG?v=1532037925 404 Not Found https://adelnaturalcosmetics.com/blogs/news/solid-lotion-your-face-needs-it | Line 3599 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/blogs/news/stress-skin-and-health | Line 1458 1490 2898 2904 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/blogs/news/sunscreen-101 | Line 1494 1526 2934 2940 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting | Line 1458 1490 2898 2904 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0683_medium.JPG?v=1532034227 404 Not Found https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting | Line 3535 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0972_medium.JPG?v=1532034234 404 Not Found https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting | Line 3536 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_2617_1_large.JPG?v=1532034303 404 Not Found https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting | Line 3555 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0201_1_95d79b8f-6c98-49e9-ae03-f022b6ccbf4a_large.JPG?v=1532034509 404 Not Found https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting | Line 3582 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/20171214-11_medium.jpg?v=1532034732 404 Not Found https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting | Line 3606 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/20171214-12_medium.jpg?v=1532034753 404 Not Found https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting | Line 3607 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/20171214-15_medium.jpg?v=1532034766 404 Not Found https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting | Line 3608 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/20171214-34_large.jpg?v=1532034811 404 Not Found https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting | Line 3641 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/20171209-188_large.JPG?v=1532034490 404 Not Found https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting | Line 3659 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_1004_2_medium.JPG?v=1532034242 404 Not Found https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting | Line 3720 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_3272_medium.JPG?v=1532034315 404 Not Found https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting | Line 3721 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/IMG_2505_large.JPG?v=1532034294 404 Not Found https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting | Line 3743 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_1076_2_medium.JPG?v=1532034262 404 Not Found https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting | Line 3775 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_1081_medium.JPG?v=1532034281 404 Not Found https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting | Line 3776 | |

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_1070_2_medium.JPG?v=1532034250 404 Not Found https://adelnaturalcosmetics.com/blogs/news/the-adel-guide-to-mothers-day-gifting | Line 3777 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/blogs/news/the-adel-team-spills-their-favorite-product-hacks | Line 1520 1552 2960 2966 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/blogs/news/the-sin-within-effects-the-skin-without | Line 1462 1494 2902 2908 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0781_large.JPG?v=1532038166 404 Not Found https://adelnaturalcosmetics.com/blogs/the-sin-within-effects-the-skin-without | Line 3586 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0787_medium.JPG?v=1532038182 404 Not Found https://adelnaturalcosmetics.com/blogs/news/the-sin-within-effects-the-skin-without | Line 3643 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0793_medium.JPG?v=1532038265 404 Not Found https://adelnaturalcosmetics.com/blogs/news/the-sin-within-effects-the-skin-without | Line 3644 | |
| Broken link: https://cdn.shopify.com/s/files/1/0034/5332/1331/files/DSC_0786_2_medium.jpg?v=1532038315 404 Not Found https://adelnaturalcosmetics.com/blogs/news/the-sin-within-effects-the-skin-without | Line 3645 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/blogs/two-deceitful-words-natural-flavors | Line 1500 1532 2940 2946 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/blogs/news/water-and-detoxing | Line 1488 1520 2928 2934 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/blogs/news/what-do-i-do-about-my-oily-skin-and-other-issues | Line 1516 1548 2956 2962 | |
| Broken link: https://john-doherty-2dh2.squarespace.com/blog/?author=5898dbccbf629a11b2965f0e 404 Not Found https://adelnaturalcosmetics.com/blogs/news/what-do-i-do-about-my-oily-skin-and-other-issues | Line 3648 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/blogs/news?page=1 | Line 1452 1484 2892 2898 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/blogs/news?page=2 | Line 1453 1485 2893 2899 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/cart | Line 1521 1553 2961 2967 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes | Line 1532 1564 2972 2978 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/adel-foundation-blender | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/angled-sculptor | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/chubby-blender | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/duo-brow | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/eye-definer | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/jumbo-buffer | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/jumbo-flat-top | Line 1755 1787 3195 3201 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/large-shadow | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/perfect-line | Line 1751 1783 3191 3197 | |

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/pointed-eye-contour | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/rose-mask-applicator | Line 1755 1787 3195 3201 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/slant | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/small-all-over | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/small-roundhead-face | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/smudger | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/adel-brushes/products/thin-line | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all | Line 1525 1557 2965 2971 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all?page=1 | Line 1525 1557 2965 2971 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all?page=2 | Line 1528 1560 2968 2974 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all?page=3 | Line 1526 1558 2966 2972 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes | Line 1532 1564 2972 2978 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes/products/angled-sculptor | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes/products/duo-brow | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes/products/eye-definer | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes/products/eyeliner | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes/products/large-shadow | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes/products/loose-eyeshadow | Line 1771 1803 3211 3217 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes/products/mascara | Line 1771 1803 3211 3217 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes/products/perfect-line | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes/products/pointed-eye-contour | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes/products/slant | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes/products/small-all-over | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes/products/smudger | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-eyes/products/thin-line | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-face | Line 1532 1564 2972 2978 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-face/products/adel-foundation-blender | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-face/products/bronzing-cream | Line 1759 1791 3199 3205 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-face/products/chubby-blender | Line 1751 1783 3191 3197 | |

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-face/products/cream-blush | Line 1827 1859 3267 3273 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-face/products/cream-foundation | Line 1759 1791 3199 3205 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-face/products/glow-highlighter | Line 1767 1799 3207 3213 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-face/products/jumbo-buffer | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-face/products/jumbo-flat-top | Line 1755 1787 3195 3201 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-face/products/loose-bronzer | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-face/products/loose-foundation | Line 1763 1795 3203 3209 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-face/products/setting-powder | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/adel-brushes/products/artis-fini-brush 404 Not Found https://adelnaturalcosmetics.com/collections/all-face/products/setting-powder | Line 4399 | |
| Broken link: https://adelnaturalcosmetics.com/collections/eyeshadow 404 Not Found https://adelnaturalcosmetics.com/collections/all-face/products/setting-powder | Line 4404 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-face/products/small-roundhead-face | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-lips | Line 1532 1564 2972 2978 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-lips/products/lip-conditioner | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-lips/products/lipstick | Line 1827 1859 3267 3273 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-lips/products/lip-tint-1 | Line 1775 1807 3215 3221 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-skin-care | Line 1533 1565 2973 2979 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-skin-care/products/blue-lagoon-cleanse | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-skin-care/products/blue-lagoon-mist | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-skin-care/products/blue-lagoon-set | Line 1759 1791 3199 3205 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-skin-care/products/blue-tansy-body-oil | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-skin-care/products/blue-tansy-calming-balm | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-skin-care/products/body-butter-restore | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-skin-care/products/c-c-face-mask | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-skin-care/products/cleanse | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-skin-care/products/diaper-cream | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-skin-care/products/essential-skin-care-set | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-skin-care/products/hydrate | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-skin-care/products/lip-conditioner | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found | Line 1751 1783 3191 3197 | |

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| https://adelnaturalcosmetics.com/collections/all-skin-care/products/lotion-bar | | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-skin-care/products/moisturize | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-skin-care/products/moisturizing-facial-stick | Line 1755 1787 3195 3201 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/all-skin-care/products/rose-mask | Line 1755 1787 3195 3201 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/baby | Line 1532 1564 2972 2978 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/baby/products/diaper-cream | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers | Line 1532 1564 2972 2978 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers/products/blue-lagoon-cleanse | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers/products/blue-lagoon-set | Line 1759 1791 3199 3205 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers/products/blue-tansy-calming-balm | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers/products/c-c-face-mask | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers/products/cream-blush | Line 1827 1859 3267 3273 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers/products/cream-foundation | Line 1759 1791 3199 3205 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers/products/essential-skin-care-set | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers/products/glow-highlighter | Line 1767 1799 3207 3213 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers/products/lipstick | Line 1827 1859 3267 3273 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers/products/loose-eyeshadow | Line 1771 1803 3211 3217 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers/products/loose-foundation | Line 1763 1795 3203 3209 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers/products/lotion-bar | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers/products/mascara | Line 1771 1803 3211 3217 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/best-sellers/products/moisturizing-facial-stick | Line 1755 1787 3195 3201 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/blue-lagoon-set | Line 1532 1564 2972 2978 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/blue-lagoon-set/products/blue-lagoon-cleanse | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/blue-lagoon-set/products/blue-lagoon-mist | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/blue-lagoon-set/products/blue-lagoon-set | Line 1759 1791 3199 3205 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/blue-lagoon-set/products/blue-tansy-body-oil | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/blue-lagoon-set/products/blue-tansy-calming-balm | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/cleansers | Line 1532 1564 2972 2978 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/cleansers/products/blue-lagoon-cleanse | Line 1747 1779 3187 3193 | |

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/cleansers/products/cleanse | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/cosmetics-1 | Line 1532 1564 2972 2978 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/cosmetics-1/products/bronzing-cream | Line 1759 1791 3199 3205 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/cosmetics-1/products/cream-blush | Line 1827 1859 3267 3273 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/cosmetics-1/products/cream-foundation | Line 1759 1791 3199 3205 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/cosmetics-1/products/eyeliner | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/cosmetics-1/products/glow-highlighter | Line 1767 1799 3207 3213 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/cosmetics-1/products/lipstick | Line 1827 1859 3267 3273 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/cosmetics-1/products/lip-tint-1 | Line 1775 1807 3215 3221 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/cosmetics-1/products/loose-bronzer | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/cosmetics-1/products/loose-eyeshadow | Line 1771 1803 3211 3217 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/cosmetics-1/products/loose-foundation | Line 1763 1795 3203 3209 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/cosmetics-1/products/mascara | Line 1771 1803 3211 3217 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/cosmetics-1/products/setting-powder | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/adel-brushes/products/artis-fini-brush 404 Not Found https://adelnaturalcosmetics.com/collections/cosmetics-1/products/setting-powder | Line 4399 | |
| Broken link: https://adelnaturalcosmetics.com/collections/eyeshadow 404 Not Found https://adelnaturalcosmetics.com/collections/cosmetics-1/products/setting-powder | Line 4404 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/essential | Line 1532 1564 2972 2978 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/essential/products/cleanse | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/essential/products/essential-skin-care-set | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/essential/products/hydrate | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/essential/products/moisturize | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything | Line 1534 1566 2974 2980 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/adel-foundation-blender | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/angled-sculptor | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/blue-lagoon-cleanse | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/blue-lagoon-mist | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/blue-lagoon-set | Line 1759 1791 3199 3205 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/blue-tansy-body-oil | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/blue-tansy-calming-balm | Line 1751 1783 3191 3197 | |

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/body-butter-restore | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/bronzing-cream | Line 1759 1791 3199 3205 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/c-c-face-mask | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/cleanse | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/cream-blush | Line 1827 1859 3267 3273 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/cream-foundation | Line 1759 1791 3199 3205 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/diaper-cream | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/duo-brow | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/essential-skin-care-set | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/eye-definer | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/eyeliner | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/glow-highlighter | Line 1767 1799 3207 3213 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/hydrate | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/jumbo-buffer | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/large-shadow | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/lip-conditioner | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/lipstick | Line 1827 1859 3267 3273 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/lip-tint-1 | Line 1775 1807 3215 3221 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/loose-bronzer | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/loose-eyeshadow | Line 1771 1803 3211 3217 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/loose-foundation | Line 1763 1795 3203 3209 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/lotion-bar | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/mascara | Line 1771 1803 3211 3217 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/moisturize | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/moisturizing-facial-stick | Line 1755 1787 3195 3201 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/pointed-eye-contour | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/rose-mask | Line 1755 1787 3195 3201 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/rose-mask-applicator | Line 1755 1787 3195 3201 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/setting-powder | Line 1751 1783 3191 3197 | |

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| Broken link: https://adelnaturalcosmetics.com/collections/adel-brushes/products/artis-fini-brush 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/setting-powder | Line 4399 | |
| Broken link: https://adelnaturalcosmetics.com/collections/eyeshadow 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/setting-powder | Line 4404 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/small-all-over | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/small-roundhead-face | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything/products/smudger | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything?page=1 | Line 1534 1566 2974 2980 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/everything?page=2 | Line 1535 1567 2975 2981 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/final-sale | Line 1533 1565 2973 2979 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/final-sale/products/eyeshadow-black-beauty | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/final-sale/products/eyeshadow-ferris-wheel | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/final-sale/products/eyeshadow-sahara | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/final-sale/products/eyeshadow-sugar-plum | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/final-sale/products/eyeshadow-sunset | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/final-sale/products/lipstick-barely-there | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/final-sale/products/lipstick-blackberry | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/final-sale/products/lipstick-cherry-pop | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/final-sale/products/lipstick-memory-making | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/final-sale/products/lipstick-serenade | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/final-sale/products/lipstick-suite | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/moisturize | Line 1533 1565 2973 2979 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/moisturize/products/lotion-bar | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/moisturize/products/moisturizing-facial-stick | Line 1755 1787 3195 3201 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/moisturizers | Line 1532 1564 2972 2978 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/moisturizers/products/blue-tansy-body-oil | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/moisturizers/products/blue-tansy-calming-balm | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/moisturizers/products/body-butter-restore | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/moisturizers/products/lotion-bar | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/moisturizers/products/moisturize | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found | Line 1755 1787 3195 3201 | |

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| https://adelnaturalcosmetics.com/collections/moisturizers/products/moisturizing-facial-stick | | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/rose-mask-and-petite-set | Line 1532 1564 2972 2978 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/rose-mask-and-petite-set/products/c-c-face-mask | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/collections/rose-mask-and-petite-set/products/rose-mask | Line 1755 1787 3195 3201 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/pages/about-us-page | Line 1533 1565 2973 2979 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/pages/contact-us-not-yet-online | Line 1521 1553 2961 2967 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/pages/frequently-asked-questions | Line 1521 1553 2961 2967 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/pages/ingredients-page | Line 1533 1565 2973 2979 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/pages/military-discount | Line 1522 1554 2962 2968 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/pages/mobile-terms-of-service | Line 1522 1554 2962 2968 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/pages/privacy-policy | Line 1522 1554 2962 2968 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/pages/return-policy-1 | Line 1522 1554 2962 2968 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/pages/shipping | Line 1522 1554 2962 2968 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/pages/terms-and-conditions | Line 1522 1554 2962 2968 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/pages/wholesale | Line 1522 1554 2962 2968 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/policies/shipping-policy | Line 1450 1482 2890 2896 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/adel-foundation-blender | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/adel-foundation-blender?_pos=1&_psq=foundation-blender&_ss=e&_v=1.0 | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/adel-foundation-blender?_pos=1&_sid=a3bcbb43d&_ss=r | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/angled-sculptor | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/blue-lagoon-cleanse | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/blue-lagoon-mist | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/blue-lagoon-mist?_pos=1&_psq=blue-lagoon-hydrate&_ss=e&_v=1.0 | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/blue-lagoon-set | Line 1759 1791 3199 3205 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/blue-tansy-body-oil | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/blue-tansy-calming-balm | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/blue-tansy-calming-balm?_pos=1&_sid=6e223e421&_ss=r | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/body-butter-restore | Line 1751 1783 3191 3197 | |

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/bronzing-cream | Line 1759 1791 3199 3205 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/c-c-face-mask | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/chubby-blender | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/chubby-blender?_pos=1&_sid=4a81a511d&_ss=r | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/chubby-blender?_pos=1&_sid=5ba69d4fc&_ss=r | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/chubby-blender?_pos=1&_sid=e31ec235b&_ss=r | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/cleanse | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/cream-blush | Line 1827 1859 3267 3273 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/cream-foundation | Line 1759 1791 3199 3205 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/diaper-cream | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/duo-brow | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/essential-skin-care-set | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/eye-definer | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/eyeliner | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/eyeshadow-black-beauty | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/eyeshadow-ferris-wheel | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/eyeshadow-sahara | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/eyeshadow-sugar-plum | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/eyeshadow-sunset | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/free-unlimited-return-for-store-credit-or-exchanges-for-1-00-via-re-do-4 | Line 1746 1778 3186 3192 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/gift-card | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/glow-highlighter | Line 1767 1799 3207 3213 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/hydrate | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/hydrate?_pos=1&_sid=0649135c8&_ss=r | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/hydrate?_pos=1&_sid=e87024110&_ss=r | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/jumbo-buffer | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/jumbo-flat-top | Line 1755 1787 3195 3201 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/jumbo-flat-top?_pos=1&_sid=7431fe559&_ss=r | Line 1755 1787 3195 3201 | |

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/large-shadow | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/lip-conditioner | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/lipstick | Line 1827 1859 3267 3273 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/lipstick-barely-there | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/lipstick-blackberry | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/lipstick-cherry-pop | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/lipstick-memory-making | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/lipstick-serenade | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/lipstick-suite | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/lip-tint-1 | Line 1775 1807 3215 3221 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/loose-bronzer | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/loose-eyeshadow | Line 1771 1803 3211 3217 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/loose-foundation | Line 1763 1795 3203 3209 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/lotion-bar | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/mascara | Line 1771 1803 3211 3217 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/moisturize | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/moisturize?_pos=1&_psq=essential-moisturize&_ss=e&_v=1.0 | Line 1747 1779 3187 3193 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/moisturizing-facial-stick | Line 1755 1787 3195 3201 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/perfect-line | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/pointed-eye-contour | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/rose-mask | Line 1755 1787 3195 3201 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/rose-mask-applicator | Line 1755 1787 3195 3201 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/rose-mask-applicator?_pos=2&_sid=d2609af29&_ss=r | Line 1755 1787 3195 3201 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/routeins | Line 1749 1781 3189 3195 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/setting-powder | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/adel-brushes/products/artis-fini-brush 404 Not Found https://adelnaturalcosmetics.com/products/setting-powder | Line 4399 | |
| Broken link: https://adelnaturalcosmetics.com/collections/eyeshadow 404 Not Found https://adelnaturalcosmetics.com/products/setting-powder | Line 4404 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/setting-powder?_pos=1&_sid=6fc869a54&_ss=r | Line 1751 1783 3191 3197 | |

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| Broken link: https://adelnaturalcosmetics.com/collections/adel-brushes/products/artis-fini-brush 404 Not Found https://adelnaturalcosmetics.com/products/setting-powder?_pos=1&_sid=6fc869a54&_ss=r | Line 4399 | |
| Broken link: https://adelnaturalcosmetics.com/collections/eyeshadow 404 Not Found https://adelnaturalcosmetics.com/products/setting-powder?_pos=1&_sid=6fc869a54&_ss=r | Line 4404 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/slant | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/small-all-over | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/small-roundhead-face | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/small-roundhead-face?_pos=1&_sid=735cab73e&_ss=r | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/small-roundhead-face?_pos=1&_sid=ecb1cf8b2&_ss=r | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/smudger | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/products/thin-line | Line 1751 1783 3191 3197 | |
| Broken link: https://adelnaturalcosmetics.com/collections/toners 404 Not Found https://adelnaturalcosmetics.com/search | Line 1522 1554 2962 2968 | |

| | | |
|---|---|---|
| ● This link is broken. The `src` or `href` is an empty string. | Broken Link | 332 pages |
| ● This link is broken. The target anchor does not exist or is commented out. | Broken Link | 39 pages |
| ● This link returns a 403 Forbidden HTTP status code. | Broken Link HTTP 403 | 3 pages |
| ● This page contains some spelling errors. | | 332 pages |
| ● This page is blank. | | 2 pages |