This tab shows accessibility issues, indicating problems for older users, people with disabilities or accessibility needs. Automated testing cannot detect all accessibility issues, so should be used alongside human testing.

| Level | WCAG 2.1 | Section 508 - 2017 | | Key |
|---|---|---|---|---|
| A | 🔴 | 🔴 | 🔴 | Pages with level A issues are unusable for some people |
| AA | 🟠 | 🟠 | 🟠 | Pages with level AA issues are very difficult to use |
| AAA | 🟡 | | 🟡 | Pages with level AAA issues can be difficult to use |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

## Level A

16 issues on 318 pages

| | | | |
|---|---|---|---|
| 🔴 | `alt` text should not be an image file name. | WCAG 2.1 A F30<br>Section 508 (2017) A F30 | 1 pages |
| 🔴 | An element with `aria-hidden=true` contains focusable content. | WCAG 2.1 A 4.1.2<br>Section 508 (2017) A 4.1.2 | 254 pages |
| 🔴 | Attribute `aria-open` not allowed on element. | HTML5 ARIA 1.2 | 221 pages |
| 🔴 | Element `li` not allowed as child element in this context. | HTML5 WCAG 2.1 A 1.3.1<br>Section 508 (2017) A 1.3.1 | 2 pages |
| 🔴 | Headings should not be empty. | WCAG 2.1 A 1.3.1<br>Section 508 (2017) A 1.3.1 | 62 pages |

Add visible text to the heading, or `alt` text if the heading contains an image. Screen readers read out page headings, allowing users to quickly skip to a section, but some older screen readers do not ignore empty headings.

| | | |
|---|---|---|
| https://adelnaturalcosmetics.com/collections/all-skin-care/products/essential-skin-care-set | Line 4284 | |
| https://adelnaturalcosmetics.com/collections/best-sellers/products/cream-blush | Line 6660 | |
| https://adelnaturalcosmetics.com/collections/best-sellers/products/cream-foundation | Line 5436 | |
| https://adelnaturalcosmetics.com/collections/best-sellers/products/mascara | Line 5226 | |
| https://adelnaturalcosmetics.com/collections/cosmetics-1/products/cream-blush | Line 6660 | |
| https://adelnaturalcosmetics.com/collections/cosmetics-1/products/cream-foundation | Line 5436 | |
| https://adelnaturalcosmetics.com/collections/cosmetics-1/products/eyeliner | Line 4468 4471 | |
| https://adelnaturalcosmetics.com/collections/cosmetics-1/products/mascara | Line 5226 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://adelnaturalcosmetics.com/collections/cosmetics-1/products/setting-powder | Line 4411 | |
| | https://adelnaturalcosmetics.com/pages/about-us-page | Line 3642 | |
| | https://adelnaturalcosmetics.com/products/cleanse | Line 4244 | |
| | https://adelnaturalcosmetics.com/products/cream-blush | Line 6660 | |
| | https://adelnaturalcosmetics.com/products/cream-foundation | Line 5436 | |
| | https://adelnaturalcosmetics.com/products/diaper-cream | Line 4409 | |
| | https://adelnaturalcosmetics.com/products/eyeliner | Line 4468 4471 | |
| | https://adelnaturalcosmetics.com/products/hydrate | Line 4233 | |
| | https://adelnaturalcosmetics.com/products/lip-conditioner | Line 4350 | |
| | https://adelnaturalcosmetics.com/products/lotion-bar | Line 4474 | |
| | https://adelnaturalcosmetics.com/products/mascara | Line 5226 | |
| | https://adelnaturalcosmetics.com/products/setting-powder | Line 4411 | |
| | This issue was found on another 42 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition. | | |
| 🔴 | HTML form control has no accessible name. | WCAG 2.1 A F68<br>Section 508 (2017) A F68 | 231 pages |
| 🔴 | `iframe` and `frame` elements must have a `title` attribute. | WCAG 2.1 A 4.1.2<br>Section 508 (2017) A 4.1.2 | 4 pages |
| 🔴 | Indicating links using only a text color change does not work for color-blind users. | WCAG 2.1 A F73<br>Section 508 (2017) A F73 | 7 pages |
| 🔴 | Invalid value for ARIA role. | ARIA 1.2 5.3 | 1 pages |
| 🔴 | Links must have an accessible name. | WCAG 2.1 A F89<br>Section 508 (2017) A F89 | 332 pages |
| 🔴 | Several links on a page share the same link text and surrounding context, but go to different destinations. | WCAG 2.1 A F63<br>Section 508 (2017) A F63 | 8 pages |
| | Make the link text unique for each target page (which helps all users) or add an `aria-label` or `aria-describedby` to the link (which helps screen reader users). | 2.4.4 2.4.9 | |
| | Link text: `these steps` `these steps`<br>https://adelnaturalcosmetics.com/collections/all-skin-care/products/blue-tansy-calming-balm | Line 4397 4401 | |
| | Link text: `these steps` `these steps`<br>https://adelnaturalcosmetics.com/collections/best-sellers/products/blue-tansy-calming-balm | Line 4397 4401 | |
| | Link text: `these steps` `these steps`<br>https://adelnaturalcosmetics.com/collections/blue-lagoon-set/products/blue-tansy-calming-balm | Line 4397 4401 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Link text: `these steps` `these steps` https://adelnaturalcosmetics.com/collections/everything/products/blue-tansy-calming-balm | Line 4397 4401 | |
| | Link text: `these steps` `these steps` https://adelnaturalcosmetics.com/collections/moisturizers/products/blue-tansy-calming-balm | Line 4397 4401 | |
| | Link text: `these steps` `these steps` https://adelnaturalcosmetics.com/products/blue-tansy-calming-balm | Line 4397 4401 | |
| | Link text: `these steps` `these steps` https://adelnaturalcosmetics.com/products/blue-tansy-calming-balm?_pos=1&_sid=6e223e421&_ss=r | Line 4397 4401 | |
| | Link text: `Cosmetics` `Cosmetics` https://adelnaturalcosmetics.com/products/routeins | Line 1234 8080 | |
| 🔴 | The `aria-owns` attribute must point to IDs of elements in the same document. | HTML5 WCAG 2.1 A 1.3.1 Section 508 (2017) A 1.3.1 | 332 pages |
| 🔴 | The visual label must appear in the accessible name of links and controls. | WCAG 2.1 A F96 Section 508 (2017) A F96 | 299 pages |
| 🔴 | This `button` element is empty and has no accessible name. | WCAG 2.1 A 4.1.2 Section 508 (2017) A 4.1.2 | 2 pages |
| 🔴 | Use semantic markup like `strong` instead of using the CSS `font-weight` property. | WCAG 2.1 A F2 Section 508 (2017) A F2 | 331 pages |
| 🔴 | Use the `lang` attribute to identify the language of the page. | WCAG 2.1 A 3.1.1 Section 508 (2017) A 3.1.1 | 1 pages |

## Level AA

7 issues on 318 pages

| | | | |
|---|---|---|---|
| 🟠 | Cannot use `aria-label` or `aria-labelledby` on elements and roles that prohibit naming. | HTML5 ARIA 1.2 | 332 pages |
| 🟠 | Do not use the `meta viewport` tag to disable zoom. | WCAG 2.1 AA 1.4.4 Section 508 (2017) AA 1.4.4 | 1 pages |
| 🟠 | Ensure that text and background colors have enough contrast. | WCAG 2.1 AA 1.4.3 Section 508 (2017) AA 1.4.3 | 331 pages |
| 🟠 | If you set any of the colors on the `body` or `a` elements you must set all of them. | WCAG 2.1 AA F24 Section 508 (2017) AA F24 | 254 pages |
| 🟠 | Provide two or more ways to reach each page: via links, search, a site map or table of contents. | WCAG 2.1 AA 2.4.5 Section 508 (2017) AA 2.4.5 | 1 pages |
| 🟠 | The CSS outline or border style on this element makes it difficult or impossible to see the link focus outline. | WCAG 2.1 AA F78 Section 508 (2017) AA F78 | 2 pages |
| 🟠 | User interface controls must have a contrast ratio of at least 3:1 against adjacent colors. | WCAG 2.1 1.4.11 | 3 pages |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

## Level AAA

5 issues on 317 pages

| | Avoid specifying a new window as the target of a link with `target=_blank`. | WCAG 2.1 AAA F22 | 332 pages |
|---|---|---|---|
| | Clickable targets must be at least 44 by 44 CSS pixels. | WCAG 2.1 2.5.5 | 332 pages |
| | Don't use CSS animations or transitions in interactions without giving the user a way to turn them off. | WCAG 2.1 2.3.3 | 331 pages |
| | Link uses general text like 'Click Here' which doesn't explain link purpose. | WCAG 2.1 AAA F84 | 332 pages |
| | Several links on a page share the same link text, but go to different destinations. | WCAG 2.1 AAA 2.4.9 | 16 pages |