



# LIPSTICK

★★★★★  136 reviews

$25.00

Shipping calculated at checkout.

- Free Shipping on all U.S. orders
- In stock, ready to ship

Colors: Suite - a true light nude with soft brown undertones

**ADD TO CART**

Buy with

More payment options

☐ Free Unlimited Return for Store Credit or Exchanges for $1.98 via redo

♡ Add to Wishlist

Description










Ingredients aria *aria-controls="st-ingredients_0-1", role="tab"* *tabindex=-1*

Shades aria *aria-controls="st-shades_0-2", role="tab"* *tabindex=-1*

Most of us choose lip balm to moisturize our lips. But what if you could find a lipstick that was just as creamy and healing as lip balm, evens-out skin tone, gives pops of colors and is safe to ingest?

A'del has the answer. Worry-free color that protects and nourishes lips!

And the tube is biodegradable paperboard so you can feel good about minimal waste.

aria *role="tabpanel"* *aria-labelledby="st-link-description_0-0"*

*aria-label="My Wishlist"* My Wishlist *role="img"* aria

SHIPPING INFORMATION aria *ARIA-CONTROLS="PRODUCT-CONTENT-TAB2038557343859"* +/–

RETURN POLICY aria *ARIA-CONTROLS="PRODUCT-CONTENT-2A8702FA-226A-4EE0-B4AC-C352249BF5062038557343859"* +/–

ASK A QUESTION aria *ARIA-CONTROLS="PRODUCT-CONTENT-CONTACT2038557343859"* +/–

aria *role="presentation"* Share

aria *role="presentation"* Tweet

aria *role="presentation"* Pin it

## h2 CUSTOMER REVIEWS

★★★★☆ aria *role="img"* *aria-label="Average rating is 4.72 stars"*

Based on 136 reviews

Write a review +/–

★★★★★ *aria-label="82% (112) reviews with 5 star rating"* *tabindex=0*
★★★★☆ *aria-label="12% (16) reviews with 4 star rating"* *tabindex=0*
★★★☆☆ *aria-label="3% (4) reviews with 3 star rating"* *tabindex=0*
★★☆☆☆ *aria-label="1% (2) reviews with 2 star rating"* *tabindex=0*
★☆☆☆☆ *aria-label="1% (2) reviews with 1 star rating"* *tabindex=0*

Most Recent ▼

*aria-label="Sort dropdown"*

B ★★★★★ aria *role="img"* *aria-label="5 star review"* *tabindex=0*

02/07/2024

Fantastic!

E

*role="img"* *aria-label="5 star review"* *tabindex=0*

01/25/2024

Verified Elizabeth M.

Game Changer

I have been making switches in my life for more natural products and A'del has been the ticket in the realm of makeup. My average makeup use is more minimal so I didn't use lipstick daily. I always saw lipstick as a sacrifice for my lips to be peeling and getting chapped later on. Then I learned that the products I was using were damaging my skin and my body was reacting negatively to send off red flags. I made my first purchase here and received samples of the lipstick and I was amazed at how moisturizing a lipstick could be! I used up my "Nude" shade sample so I bought my first tube. When it arrived the twisting mechanism was defective so I emailed A'del and a nice woman named Madeline was quick to respond and send a replacement. I am so glad to have found such an all around excellent company and will only be using these products!

E

*role="img"* *aria-label="5 star review"* *tabindex=0*

01/19/2024

Verified Emily F.

Great lipstick!

I love the color and staying power of this lipstick! I ordered the "Barely There" shade and it's a lovely neutral color. I also love that it has so few ingredients! Great non-toxic option. I haven't had the problems with the packaging that others described.

A

*role="img"* *aria-label="5 star review"* *tabindex=0*

01/17/2024

Verified Audrey Pongracz

Bought my first A'del Lipstick in the shade "Town Square". As their description says, it's a subdued red, on the warmer side, dosent fade to a pinkish hue. Quiet natural in color. Keeps my lips moisturized, which is the first thing I noticed. Seems to last just was long as non natural lipsticks. I'm very happy with this lipstick and can't wait to buy more! ❤️

P

*role="img"* *aria-label="5 star review"* *tabindex=0*

01/17/2024

Verified P.O.

Best clean lipstick ever!!

I ordered Cherry Pop and Barely There and they are sooo pretty and very nicely pigmented! Out of all of the lipsticks I checked from other clean brands, I still haven't found one that didn't have dyes in them, so I'm so pleased I found these. Also, the packaging is biodegradable and so cute! They stay a couple of hours before you have to reapply but I don't mind it at all. I'm so aria ppy with my purchase and will certainly order more!!

*aria-label="My Wishlist"* My Wishlist *role="img"* aria

## 100% TRANSPARENCY

We are committed to being completely transparent on all ingredients used.

Nothing Hidden, Nothing Added



FULL INGREDIENTS LIST




## U.S.A. MADE

All of our products are handcrafted and packaged in the United States.





### YOU MAY ALSO LIKE










EYESHADOW

★★★★★  131 reviews

$15.00





LIP TINT

★★★★★ 35 reviews

$25.00



CREAM BLUSH

★★★★★ 139 reviews

$26.00



 *Free Gift Icon*

 CREAM FOUNDATION

 ★★★★½  *aria-label="4.28 stars"*  215 reviews

 $37.00








FREE UNLIMITED RETURN FOR STORE CREDIT OR EXCHANGES FOR $1.98 VIA REDO

★★★★★  4 reviews

$1.98

---

RECENTLY VIEWED



BLUE LAGOON CLEANSE



 LIP CONDITIONER WITH HYALURONIC ACID

  BACK TO ALL COLOR COSMETICS

A'DEL NATURAL COSMETICS OF LOUISIANA LLC



Wholesale

Blog

SHOP

SHOP

Home

Cosmetics

Skin Care

eGift Cards

Blog

About Us

SOCIAL

SOCIAL

Instagram

Facebook

Pinterest

Youtube

© 2024 A'del Natural Cosmetics

Powered by Shopify