




# LIPSTICK - BARELY THERE

~~$25.00~~

$20.00   Save 20%

Shipping calculated at checkout.





















EYESHADOW - SUGAR PLUM

$15.00 $13.05 Save 13%













My Wishlist

COSMETICS

SKIN CARE

BABY

CONTACT US

CONTACT US

Monday-Friday 9AM - 5PM cst

contact us

here



